# UNANIMOUS WRITTEN CONSENT
# OF THE
# BOARD OF DIRECTORS
# OF
# KLINE CONSTRUCTION CO., INC.
# IN LIEU OF A SPECIAL MEETING

The undersigned, constituting all of the members of the Board of Directors of KLINE CONSTRUCTION CO., INC., a New Jersey corporation (the "Company"), do hereby confirm that the Directors have signed this consent and the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as though adopted at a special meeting of the Board of Directors duly called and held for the purpose of acting upon proposals to adopt such resolutions in accordance with the laws of the State of New Jersey:

RESOLVED, that in the reasonable business judgment of the Directors and the Company, a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Code") before the United States Bankruptcy Court, District of New Jersey (the "Court").

IT IS FURTHER RESOLVED that the Company is directed to cause a petition seeking relief under the provisions of chapter 11 of Title 11 of the Code to be filed.

IT IS FURTHER RESOLVED, that Ronald Samarro, Chief Restructuring Officer, is hereby authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey, the location of the Company's principal assets.

IT IS FURTHER RESOLVED that the law firm of Fox Rothschild LLP, be and hereby is employed as attorneys for the Company as general bankruptcy counsel in connection with the Company's bankruptcy case under chapter 11.

IT IS FURTHER RESOLVED that the law firm of Chiesa Shahinian & Giantomasi PC, be and is hereby employed as special counsel for the Company in connection with the Company's labor matters and New Jersey state tax matters.

IT IS FURTHER RESOLVED that Todd S. Unger, Esquire, be and is hereby employed as special counsel for the Company in connection with the Company's federal tax matters.

IT IS FURTHER RESOLVED that McCarthy & Company, PC, CPA's, be and is hereby employed as general accountants for the company.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 14 day of August, 2019.

**KLINE CONSTRUCTION CO., INC.**, a New Jersey corporation

By: J. Edward Kline
J. Edward Kline,
Chairman of the Board

By: William H. Kline
William H. Kline,
Vice Chairman of the Board