# United States Bankruptcy Court
## New Jersey

In re **Kline Construction Co., Inc.** Debtor(s)

Case No. ______
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **J. Edward Kline**<br>**240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | **Class A Voting** | | **0.499000%** |
| **J. Edward Kline Trust for K. Penate**<br>**240 E. Waveland Ave**<br>**Absecon, NJ 08205** | **Class B**<br>**Non-Voting** | | **23.253000%** |
| **J. Edward Kline Trust for Wm. M. Kline**<br>**204 E. Waveland Ave**<br>**Absecon, NJ 08205** | **Class B**<br>**Non-Voting** | | **23.253000%** |
| **Katherine M. Penate**<br>**700 Chelsea Road**<br>**Absecon, NJ 08201-1621** | **Class B**<br>**Non-Voting** | | **2.995000%** |
| **William H. Kline Jr.**<br>**2550 Harbour Cove Road**<br>**Hutchinson, FL 34949** | **Class A Voting** | | **0.499000%** |
| **William Kline Trust for K. Penate**<br>**453 Seashore Road**<br>**1201 New Road, Suite 204**<br>**Brigantine, NJ 08203** | **Class B**<br>**Non-Voting** | | **23.253000%** |
| **William Kline Trust for Wm. M. Kline**<br>**453 Seashore Road**<br>**1201 New Road, Suite 204**<br>**Brigantine, NJ 08203** | **Class B**<br>**Non-Voting** | | **23.253000%** |
| **William M. Kline**<br>**449 Sea Horse Road**<br>**Brigantine, NJ 08203** | **Class B**<br>**Non-Voting** | | **2.995000%** |


Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **Kline Construction Co., Inc.**
Debtor(s)

Case No. ____________

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 14, 2019**

Signature ____________
**Ronald Samarro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy