# United States Bankruptcy Court
## New Jersey

In re Kline Construction Co., Inc. Debtor(s)

Case No. ______
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Kline Construction Co., Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 14, 2019
Date

Michael J. Viscount, Jr. MV 4219
Signature of Attorney or Litigant
Counsel for Kline Construction Co., Inc.

Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515 Fax:(609) 348-6834
mviscount@foxrothschild.com

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy