| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Michael J. Viscount, Jr., Esquire<br>Martha B. Chovanes, Esquire<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401<br>(609) 348-4515/fax (609) 348-6834<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br><br>*Proposed Counsel to the Debtor and*<br>*Debtor in Possession* | |
| In re:<br><br>KLINE CONSTRUCTION CO., INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-25757<br>Judge: Honorable Jerrold N. Poslusny, Jr. |

# NOTICE OF WITHDRAWAL OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO EMPLOY AND RETAIN MCCARTHY & COMPANY, PC AS ACCOUNTANTS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE [DOCKET NO. 55]

Kline Construction Co., Inc., debtor and debtor in possession in the above-captioned chapter 11 case, by and through its undersigned counsel, hereby withdraws Docket No. 55 without prejudice.

Dated:  September 11, 2019                      FOX ROTHSCHILD LLP
                                                          *Proposed Counsel to the Debtor*

                                                 By: */s/ Martha B. Chovanes*
                                                      Michael J. Viscount, Jr., Esq.
                                                      Martha B. Chovanes, Esq.

Active\102180850.v2-9/11/19