|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Michael J. Viscount, Jr., Esquire<br>Martha B. Chovanes, Esquire<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401<br>(609) 348-4515/fax (609) 348-6834<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br><br>*Proposed Counsel to the Debtor and<br>Debtor in Possession* |  |
| In re:<br><br>KLINE CONSTRUCTION CO., INC. [1],<br><br>Debtor. | Chapter 11<br><br>Case No. 19-25757<br>Judge: Honorable Jerrold N. Poslusny, Jr. |

## CERTIFICATE OF SERVICE

1. I, Kathleen A. Senese:

   ☐ represent _____ in this matter.

   ☒ am a paralegal employed by the firm of Fox Rothschild, who is counsel for the Debtor in the above captioned case.

   ☐ am the _____ in this case and representing myself.

2. On September 26, 2019, I caused to be served a copy of the following pleadings and/or documents via electronic mail upon the parties so indicated on the attached Service List:

   a. Debtor's Response to the Objection of the Acting United States Trustee to Debtor's Application for Retention of Professional (D.I. 123)

3. On September 27, 2019, I caused to be served a copy of D.I. 123 via U.S. First Class mail, postage prepaid, upon the parties so indicated on the attached Service List.

---

[1] The last four digits of Debtor's federal tax identification numbers is 3037.

Active\102704013.v1-9/27/19

4. I hereby certify under penalty of perjury that the above documents were sent using the mode(s) of service indicated.

Dated: September 30, 2019

_____
KATHLEEN A. SENESE

-3-

**EXHBIT "A" - SERVICE LIST**

Active\102704013.v1-9/27/19

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>Attn: Jeffrey M. Sponder, Esquire | **US Trustee** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas S. Stanger, Esquire<br>Flaster Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>Doug.stanger@flastergreenberg.com | **Proposed Counsel for Official Committee of Unsecured Creditors** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William J. Burnett, Esquire<br>Damien Tancredi, Esquire<br>Flaster Greenberg P.C.<br>1835 Market Street, Suite 1050<br>Philadelphia, PA 19103<br>William.burnett@flastergreenberg.com<br>Damien.Tancredi@flastergreenberg.com | **Proposed Counsel for Official Committee of Unsecured Creditors** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward O'Hare, Esq.<br>Zazzali Fagella Nowak Kleinbaum & Friedman<br>570 Broad Street, Suite 1402<br>Newark, NJ 07102<br>eohare@zazzali-law.com | **Attorneys for Committee Member Local Union Nos. 472 & 172 (NOA)** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey H. Ward, Esq.<br>2 Village Court<br>Hazlet, NJ 07730<br>jeff@jeffreywardlaw.com<br>Esq3333@aol.com | **Attorneys for Committee Member Cartaynic, Inc. d/b/a All County Technologies** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven J. Bushinsky, Esquire<br>Daniel Feehan, Esquire<br>O'Brien, Belland & Bushinsky, LLC<br>1526 Berlin Road<br>Cherry Hill, NJ 08003<br>sbushinsky@obbblaw.com<br>dfeehan@obbblaw.com | **Attorneys for Committee Member Trustees of the IBEW Local 351 Surety Fund, et al. (NOA)** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Active\101235636.v2-9/26/19

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Brian D. Heun, Esquire<br>PO Box 299<br>Linwood, NJ 08221<br>brian@heunlawoffice.com | Attorneys for Committee Member G. Davis Cable, Inc. NOA | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony J. Zarillo, Jr., Esq.<br>Riker Danzig Scherer Hyland & Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962<br>azarillo@riker.com | Attorneys for Committee Member S.P.A. Safety Systems, LLC | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sheila E. Calello, Esquire<br>Danielle Weslock, Esquire<br>McCarter & English, LLP<br>Four Gateway Center, 100 Mulberry Street<br>Newark, NJ 07102<br>scalello@mccarter.com<br>dweslock@mccarter.com | Attorneys for Secured Creditor Magyar Bank (NOA) | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jonathan I. Rabinowitz, Esquire<br>Jay L. Lubetkin, Esquire<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>jrabinowitz@rltlawfirm.com;<br>jlubetkin@rltlawfirm.com;<br>jcooper@rltlawfirm.com; broy@rltlawfirm.com | Attorneys for Prestige Capital (NOA) | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elizabeth K. Holdren, Esquire<br>Michael Kahme, Esquire<br>Hill Wallack, LLP<br>21 Roszel Road, PO Box 5226<br>Princeton, NJ 08543<br>eholdren@hillwallack.com<br>mkahme@hillwallack.com | Attorneys for Caterpillar Financial Services Corp., Secured Creditor (NOA) | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard McBride, et al.<br>c/o Frank Rocco Schirripa, Esq.<br>Hach Rose, Schirripa & Cheverie LLP<br>185 Madison Ave 14th Fl<br>New York, NY 10016<br>fschirripa@hrsclaw.com | Counsel for Top 20 Unsecured Creditor | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Evan A. Blaker, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>United Plaza, 30 S 17th Street, 19th Floor<br>Philadelphia, PA 19103<br>eblaker@cohenseglias.com | *Attorneys for Top 20 Creditor Turtle & Hughes Inc.* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Raymond M. Patella, Esquire<br>Kraemer Burns, P.A.<br>675 Morris Avenue, 3rd Floor<br>Springfield, NJ 07081<br>rpatella@kraemerburns.com | *Counsel for David Cohen, Top 20 Creditor (NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Cohen<br>2200 Atlantic Avenue<br>Longport, NJ 08403<br>cocodcohen@yahoo.com | *Top 20 Creditor (NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Holly S. Miller, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>1628 John F. Kennedy Blvd., Suite 1901<br>8 Penn Center<br>Philadelphia, PA 19103<br>hsmiller@gsbblaw.com | *Counsel for Teamsters 676 Annuity and Vacation Funds (NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other - Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Vipin Varghese<br>DeCotiis, Fitzpatrick, Cole & Giblin, LLP<br>Glenpointe Centre West<br>500 Frank W. Burr Blvd., Suite 31<br>Teaneck, NJ 07666<br>vvarghese@decotiislaw.com | *Attorneys for Local 825 Employee Benefit Funds (NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deirdre M. Richards, Esquire<br>Fineman Krekstein & Harris PC<br>1801 Market Street, Suite 1100<br>Philadelphia, PA 19103<br>drichards@finemanlawfirm.com | *Counsel for PACCAR Financial Group (NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Michael Elward, Esquire<br>1 Radar Way<br>Tinton Falls, NJ 07724 | **Attorneys for Top 20 Creditor K. Moorea Co. LLC d/b/a Traffic Plan** | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Travis L. Kreiser, Esquire<br>Kreiser & Associates, PC<br>1300 Lawrence Road<br>Havertown, PA 19083<br>Travis.kreiser@verizon.net | **Attorneys for Top 20 Creditor Norris Sales Co, Inc.**<br>**(NOA)** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Prestige Capital<br>400 Kelby Street, 10th Floor<br>Fort Lee, NJ 07024<br>Attn: Harvey L. Kaminski, President<br>hkaminski@prestigecapital.com | **Secured Creditor** | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Altec Capital Services<br>33 Inverness Center Parkway, Suite 200<br>Birmingham, AL 35242-4842 | **Secured Creditor** | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other UPS Express Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Axis Capital, Inc.<br>308 N. Locust Street, Suite 100<br>Grand Island, NE 68801 | **Secured Creditor** | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other UPS Express Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203 | **Secured Creditor** | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Active\101235636.v2-9/26/19

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Ditch Witch Financial Services<br>475 Sansome Street, 19th Fl<br>NC-TR1-19-A<br>San Francisco, CA 94111 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ford Motor Credit Company LLC<br>PO Box 680020 MD 610<br>Franklin, TN 37068 | *Secured Creditor* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navitas Credit Corp./Navitas Lease Corp. ISAOA<br>111 Executive Center Drive, Suite 102<br>Columbia, SC 29210 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John Deere Construction & Forestry Co<br>6400 NW 86th Street<br>Johnston, IA 50131 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marlin Business Bank<br>2795 E. Cottonwood Pkwy<br>Salt Lake City, UT 84121 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| TD Equipment Financing<br>1006 Astoria Boulevard<br>Cherry Hill, NJ 08034 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Industries Commercial Finance, Inc.<br>PO Box 9050<br>Dallas, TX 75019-9050 | *Secured Creditor* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Just Four Wheels, Inc.<br>609 W. White Horse Pike<br>Egg Harbor City, NJ 08215-3741 | *Lease/Contract Party* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quality Truck Center<br>609 W. White Horse Pike<br>Egg Harbor City, NJ 08215 | *Lease/Contract Party* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce Buck<br>Principal Examiner<br>New Jersey Depart. Of Labor<br>Division of Employer Accounts-Collections<br>PO Box 911<br>Trenton, NJ 08625<br>Bruce.buck@dol.nj.gov | *New Jersey Department of Labor, Division of Employer Accounts - Collections* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Department of Labor<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | *Interested Party* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

6

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| New Jersey Department of Labor<br>Benefit Payment Control<br>PO Box 851<br>Trenton, NJ 08625-0951 | *Interested Party* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney<br>970 Broad Street<br>Room 700<br>Newark, NJ 07102 | *US Attorney* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General<br>U.S. Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | *Attorney General* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | *IRS* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NJ Division of Taxation<br>Pioneer Credit Recovery<br>PO Box 1009<br>Moorestown, NJ 08057-0909 | *Creditor/Taxing Authority* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David S. Bressler, Esq.<br>Bressler-Duyk Law Firm<br>Bressler Professional Building<br>60 State Highway 27<br>Edison, NJ 08820-3908<br>david@bresslerlaw.com | *Attorneys for Navigators Insurance* | ☐ USPS Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Scott A. Levin, Esquire<br>Gary D. Bressler, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue – PO Box 2075<br>Morristown, NJ 07962<br>slevin@mdmc-law.com<br>gbressler@mdmc-law.com | *Attorneys for Selective Insurance Company of America*<br>*(NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Safegard Group, Inc.<br>Attn: Courtney Smith<br>100 Granite Drive, Suite 205<br>Media, PA 19063<br>csmith@safegardgroup.com | *Insurance Provider, Top 20 Unsecured Creditor* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Hartford Insurance Company<br>PO Box 660916<br>Dallas, TX 75266-0916 | *Insurance provider* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Horizon Blue Cross/Blue Shield<br>Horizon BCBSNJ Headquarters<br>Attn: Legal Department<br>3 Penn Plaza East<br>Newark, NJ 07105 | *Insurance provider* | ☐ USPS Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daimler Trust, c/o BK Servicing, LLC<br>Attn: Ed Gezel, Agent<br>PO Box 131265<br>Roseville, MN 55113-0011<br>notices@bkservicing.com | *Daimler Trust, Creditor (NOA)* | ☐ Overnight Delivery<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Judith C. Arnold, Esquire<br>Gruccio, Pepper, DeSanto & Ruth, PA<br>817 E Landis Avenue<br>PO Box 1501<br>Vineland, NJ 08362<br>jarnold@grucciopepper.com | *Counsel for Riggins, Inc.*<br>*(NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Active\101235636.v2-9/26/19

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| Mercedes-Benz Financial Services, c/o BK Servicing, LLC<br>Attn: Ed Gezel, Agent<br>PO Box 131265<br>Roseville, MN 55113-0011<br>notices@bkservicing.com | *Mercedes-Benz Financial Services Creditor (NOA)* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| R. Matthew Pettigrew, Jr., Esquire<br>Markowitz & Richman<br>123 South Broad Street – Suite 2020<br>Philadelphia, PA 19109<br>mpettigrew@markowitzandrichman.com | *Counsel for Teamsters Health & Welfare Fund of Philadelphia & Vicinity* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| R. Matthew Pettigrew, Jr., Esquire<br>Markowitz & Richman<br>123 South Broad Street – Suite 2020<br>Philadelphia, PA 19109<br>mpettigrew@markowitzandrichman.com | *Counsel for Teamsters Pension Fund of Philadelphia & Vicinity* | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Overnight Delivery<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

9