| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD, LLP**<br>1301 Atlantic Avenue<br>Midtown Building<br>Suite 400<br>Atlantic City, NJ 08401<br>Tele: (609) 348-4515<br>Fax:  (609) 348-6834<br>Michael J. Viscount, Jr., Esq.<br>Martha B. Chovanes, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>Proposed Attorneys for Kline Construction Co., Inc. | Order Filed on October 1, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KLINE CONSTRUCTION CO., INC.,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 19-25757<br><br>Requested Hearing Date: October _8_, 2019<br><br>Judge: Honorable Jerrold N. Poslusny, Jr. |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

    The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 1, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

[1] The last four digits of the Debtor's federal tax iden[tification]

Active\102764560.v2-9/30/19

After review of the application of the Debtor for a reduction of time for a hearing the Objection of the Acting United States Trustee (D.I. 129) to Joint Application of Debtor and the Official Committee of Unsecured Creditors for Retention of Professional (D.I. 106) under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on 10/8/2019 at 10am in the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, Courtroom No. 4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

All Affected Parties

by ☐ each , ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email, with CONSENT  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to US Trustee's Office

☒ on the same day as the date of this Order, or

☐ within ___ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

2

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☒ Objecting Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev. 2/1/16*