| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**FLASTER/GREENBERG, P.C.**<br>William J. Burnett<br>Damien Nicholas Tancredi<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>(215) 587-5675<br>Damien.tancredi@flastergreenberg.com<br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>KLINE CONSTRUCTION CO., INC. [1] ,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-25757<br>Judge: Honorable Jerrold N. Poslusny, Jr. |

**SUPPLEMENTAL CERTIFICATION OF STANLEY MASTIL**
**IN SUPPORT OF RETENTION OF GAVIN/SOLMONESE, LLC AS**
**<u>FINANCIAL ADVISOR TO THE DEBTOR</u>**

I, Stanley Mastil, CPA, CFF, hereby state as follows:

1. I am a senior director at Gavin/Solmonese, LLC ("Gavin").

2. Gavin was retained as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") *nunc pro tunc* to September 5, 2019 on September 16, 2019.

3. During the time that I was retained by Committee, I have not received any confidential information from the Committee or any members of the Committee.

4. In my professional opinion, my retention by the Debtor does not constitute a conflict of interest.

---

[1] The last four digits of Debtor's federal tax identification numbers is 3037.

7440454 v1

5.  I declare under penalty of perjury that the forgoing is true and correct.

Executed on October 7, 2019.

*/s/ Stanley Mastil*

_____

Stanley Mastil, CPA, CFF

7440454 v1