UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD LLP
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr., Esq.
Martha B. Chovanes, Esq.
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515/fax (609) 348-6834
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
Proposed Counsel to the Debtor and
Debtor in Possession

Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Kline Construction Co., Inc.,
                                    Debtor.

Case No.: 19-25757
Chapter: 11
Judge: Jerrold N. Poslusny, Jr.

## ORDER AUTHORIZING RETENTION OF

## GAVIN/SOLMONESE LLC

The relief set forth on the following page is **ORDERED**.

DATED: October 8, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Gavin/Solmonese LLC_____
as _____Financial Advisor to the Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted., effective September 5, 2019.
   The professional's address is:  919 Market Street, Stuite 600
   Wilmington, DE 19801

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. Upon entry of this Order, the Order Authorizing Retention of Gavin/Solmonese entered on September 16, 2019 [D.I. 92] is hereby vacated and this Order shall replace it.

*rev.8/1/15*