UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re Kline Construction Co, Inc.  
Debtor

Case No. 19-25757 (JNP)  
Reporting Period: 10/1/19 - 10/31/19

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | X |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | X |
| Cash disbursements journals | | | | X |
| Statement of Operations | MOR-2 | | | X |
| Balance Sheet | MOR-3 | | | X |
| Status of Postpetition Taxes | MOR-4 | | | X |
| Copies of IRS Form 6123 or payment receipt | | | | X |
| Copies of tax returns filed during reporting period | | | | X |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | X |
| Listing of aged accounts payable | MOR-4 | | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | X |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  _____
Signature of Debtor                                   Date

_____  _____
Signature of Joint Debtor                          Date

_____  11/20/19
Signature of Authorized Individual*       Date

Ronald Samarro                                        Chief Restructuring Officer
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information is unaudited, subject to further adjustment, and not prepared in strict accordance with accounting principles generally accepted in the United States of America.

MOR
(04/07)

| | |
|---|---|
| In re Kline Construction Co, Inc. | Case No. 19-25757 (JNP) |
| Debtor | Reporting Period: 10/1/19 - 10/31/19 |

**GENERAL NOTES**

**BANK RECONCILIATIONS**
In lieu of providing copies of the bank statements, journals, and account reconciliations, the Debtor attests that each of the above bank accounts is reconciled to the corresponding bank statements.

**PAYROLL TAXES**
In lieu of providing copies of IRS Form 6123 or payment receipts, the Debtor attests that all payroll tax payments have been made by Electronic Funds Transfer to the Internal Revenue Service on a timely basis.

**BOOKS AND RECORDS**
The Debtor is still in the process of reconciling its pre-petition books as well as closing its post-petition books and

| In re Kline Construction Co, Inc. | | Case No. 19-25757 (JNP) |
|---|---|---|
| Debtor | | Reporting Period: 10/1/19 - 10/31/19 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **Beginning cash** | | | | | $ 175,652 | $ - | $ 192,232 | $ - |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | - | | - | - |
| ACCOUNTS RECEIVABLE | | | | | 1,316,976 | | 2,645,403 | - |
| LOANS AND ADVANCES | | | | | 380,430 | | 1,000,347 | - |
| SALE OF ASSETS | | | | | - | | - | - |
| OTHER | | | | | 90,743 | | 225,736 | - |
| TRANSFERS (FROM DIP ACCTS) | | | | | - | | - | |
| **TOTAL RECEIPTS** | $ - | | | | $ 1,788,149 | $ - | $ 3,871,486 | $ - |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | 903,008 | | 2,062,606 | - |
| PAYROLL TAXES | | | | | - | | - | - |
| SALES, USE, & OTHER TAXES | | | | | - | | - | - |
| OPERATIONS | | | | | 394,424 | | 815,770 | - |
| SECURED/ RENTAL/ LEASES | | | | | 173,651 | | 286,016 | - |
| INSURANCE | | | | | 110,817 | | 333,255 | - |
| ADMINISTRATIVE | | | | | 142,434 | | 271,398 | - |
| SELLING | | | | | - | | - | - |
| OTHER | | | | | 39,003 | | 76,709 | - |
| TRANSFERS (TO DIP ACCTS) | | | | | - | | - | - |
| | | | | | - | | | |
| PROFESSIONAL FEES | | | | | 47,500 | | 65,000 | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 20,999 | | 20,999 | - |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $ - | | | | $ 1,831,836 | $ - | $ 3,931,753 | $ - |
| **NET CASH FLOW** | $ - | | | | $ (43,687) | $ - | $ (60,267) | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | $ - | | | | $ 131,965 | $ - | $ 131,965 | $ - |

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 1,831,836.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 1,831,836.00 |

MOR
(04/07)

In re Kline Construction Co, Inc.  
    Debtor

Case No. 19-25757 (JNP)  
Reporting Period: 10/1/19 - 10/31/19

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

|  | Operating #2348 | Payroll #23553 | Union Payroll #1090 | Other #3270 | Other #33703 | Total |
|---|---|---|---|---|---|---|
|  | TD Bank | TD Bank | TD Bank | Magyar Bank | TD Bank |  |
| **BALANCE PER BOOKS** | $35,237 | $85,964 | $908 | $8,421 | $1,436 | $131,965 |

See General Notes regarding bank reconciliations

MOR  
(04/07)

In re Kline Construction Co, Inc.  
    Debtor

Case No. 19-10165 (BLS)  
**Reporting Period:**     10/1/19 - 10/31/19

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|
| Fox Rothschild, LLP | Carve Out | | Kline | 30,000.00 | 0.00 | 45,000.00 | 0.00 |
| Flaster/Greenberg PC | Carve Out | | Kline | 7,500.00 | 0.00 | 10,000.00 | 0.00 |
| Gavin/Solmonese | Carve Out | | Kline | 10,000.00 | 0.00 | 10,000.00 | 0.00 |
| | | | | | | | |
| **Total** | | 0.00 | | 47,500.00 | 0.00 | 65,000.00 | 0.00 |

MOR  
(04/07)

| In re Kline Construction Co, Inc. | | Case No. 19-25757 (JNP) |
|---|---|---|
| Debtor | | Reporting Period: 10/1/19 - 10/31/19 |

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ - | $ - |
| Less: Returns and Allowances | | |
| Net Revenue | $ - | $ - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $ - | $ - |
| Add: Purchases | - | - |
| Add: Cost of Labor | - | - |
| Add: Other Costs (attach schedule) | - | - |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | - | - |
| Gross Profit | $ - | $ - |
| **OPERATING EXPENSES** | | |
| Advertising | $ - | $ - |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | - | - |
| Insider Compensation* | - | - |
| Insurance | - | - |
| Management Fees/Bonuses | - | - |
| Office Expense | - | - |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense | - | - |
| Salaries/Commissions/Fees | - | - |
| Supplies | - | - |
| Taxes - Payroll | - | - |
| Taxes - Real Estate | - | - |
| Taxes - Other | - | - |
| Travel and Entertainment | - | - |
| Utilities | - | - |
| Other (attach schedule) | - | - |
| Total Operating Expenses Before Depreciation | - | - |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | $ - | $ - |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | $ - | $ - |
| Interest Expense | - | - |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | $ - | $ - |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ - | $ - |
| U. S. Trustee Quarterly Fees | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 | - | - |
| Gain (Loss) from Sale of Equipment | - | - |
| Other Reorganization Expenses (attach schedule) | - | - |
| Total Reorganization Expenses | - | - |
| Income Taxes | - | - |
| Net Profit (Loss) | $ - | $ - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR
(04/07)

| **In re Kline Construction Co, Inc.** | | Case No. 19-25757 (JNP) |
|---|---|---|
| Debtor | | Reporting Period: 10/1/19 - 10/31/19 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $                     - | $                     - |
| Restricted Cash and Cash Equivalents | - | - |
| Accounts Receivable (Net) | - | - |
| Other Receivables | - | - |
| Inventories | - | - |
| Prepaid Expenses | - | - |
| Professional Retainers | - | - |
| Other Current Assets | - | - |
| *TOTAL CURRENT ASSETS* | - | - |
| **PROPERTY AND EQUIPMENT** | | |
| Ticket Management Software | - | - |
| Machinery and Equipment | - | - |
| Furniture, Fixtures and Office Equipment | - | - |
| Leasehold Improvements | - | - |
| Vehicles | - | - |
| Less Accumulated Depreciation | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | - | - |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | - |
| Other Assets | - | - |
| *TOTAL OTHER ASSETS* | - | - |
| **TOTAL ASSETS** | $                     - | $                     - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $                     - | $                     - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Accrued Expenses | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities | - | - |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | - | - |
| Priority Debt | - | - |
| Unsecured Debt | - | - |
| *TOTAL PRE-PETITION LIABILITIES* | - | - |
| *TOTAL LIABILITIES* | $                     - | $                     - |
| *OWNER EQUITY* | | |
| Capital Stock | $                     - | $                     - |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | - | - |
| Retained Earnings - Postpetition | - | - |
| Adjustments to Owner Equity (attach schedule) | - | - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - |
| *NET OWNER EQUITY* | - | - |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $                     - | $                     - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re Kline Construction Co, Inc. | | Case No. 19-25757 (JNP) |
|---|---|---|
| Debtor | | Reporting Period: 10/1/19 - 10/31/19 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0 | | | | | $0 |
| FICA-Employee | 0 | | | | | $0 |
| FICA-Employer | 0 | | | | | $0 |
| Unemployment | 0 | | | | | $0 |
| Income | 0 | | | | | |
| Other: | 0 | | | | | |
| Total Federal Taxes | $0 | $0 | $0 | | | $0 |
| **State and Local** | | | | | | |
| Withholding | $0 | | | | | $0 |
| Sales | 0 | | | | | |
| Excise | 0 | | | | | $0 |
| Unemployment | 0 | | | | | |
| Real Property | 0 | | | | | |
| Personal Property | 0 | | | | | |
| Other: | 0 | | | | | |
| Total State and Local | 0 | | | | | |
| **Total Taxes** | $0 | $0 | $0 | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $  - | | | | | $0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | 0 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| Other:   Accruals | 0 | | | | | 0 |
| Other:   HSA / FSA | 0 | | | | | 0 |
| Other: | | | | | | 0 |
| **Total Postpetition Debts** | $0 | $0 | $0 | $0 | | $0 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re Kline Construction Co, Inc. | Case No. 19-25757 (JNP) |
|---|---|
| Debtor | Reporting Period: 10/1/19 - 10/31/19 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---:|---|
| Total Accounts Receivable at the beginning of the reporting period | $0 | |
| + Amounts billed during the period | 0 | |
| - Amounts collected during the period | 0 | |
| Bad debt expense write-off | 0 | |
| Total Accounts Receivable at the end of the reporting period | $0 | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | $0 | |
| 31 - 60 days old | $0 | |
| 61 - 90 days old | $0 | |
| 91+ days old | $0 | |
| Total Accounts Receivable | $0 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | $0 | |

(1) Includes amounts due to participating interests outside of Debtor that will be paid to the particpants reducing the credit balance

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

NOTES:

MOR
(04/07)