UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Kline Construction Co., Inc. | : | |
| | : | CASE NO.: 19-25757 (JNP) |
| | : | |
| Debtor. | : | |

Douglas S. Stanger, Esq.
Flaster, Greenberg, PC
646 Ocean Heights Avenue
Linwood, NJ 08221

## NOTICE OF APPOINTMENT OF TRUSTEE

The Acting United States Trustee hereby appoints Douglas S. Stanger, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate. If he cannot qualify, the trustee is required to notify the United States Trustee in writing within five days of receipt of this notice of rejection of this appointment.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

By:   */s/ Martha R. Hildebrandt*
         Martha R. Hildebrandt
         Assistant United States Trustee

Dated: December 23, 2019