| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Kline Construction Co., Inc.** |
| United States Bankruptcy Court for the: | NEW JERSEY |
| Case number (if known) | **19-25757-JNP** |

☑ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑   *Amended Schedule*   A/B, E, F, G, Summary of Assets/Liabilities, Statement of Financial Affairs
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 6, 2020**      X _____
                                Signature of individual signing on behalf of debtor

                              **Ronald Samarro**
                              Printed name

                              **Chief Restructuring Officer**
                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Kline Construction Co., Inc.**

United States Bankruptcy Court for the:    NEW JERSEY

Case number (if known)    **19-25757-JNP**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                        12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................    $      13,834,647.18

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................    $      13,834,647.18

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      5,901,439.49

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................    $      3,300,888.98

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........    +$      11,363,151.86

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $      20,565,480.33

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Kline Construction Co., Inc.**

United States Bankruptcy Court for the:   NEW JERSEY

Case number (if known)   **19-25757-JNP**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **TD Bank** | **Operating Account** | **2348** | **$60,030.68** |
| 3.2. | **TD Bank** | **Regular Payroll Account** | **2355** | **$96,622.05** |
| 3.3. | **TD Bank** | **Union Payroll Account** | **1090** | **$27,269.92** |
| 3.4. | **Magyar Bank (as of 7/31/19)** | **Checking** | **3270** | **$8,420.53** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $192,343.18 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number *(If known)* **19-25757-JNP** |
|---|---|---|
| | Name | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **1,991,816.00** - | **150,000.00** = .... | **$1,841,816.00** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$1,841,816.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Inventory (book value)** | | **$400,957.00** | | **$400,957.00** |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | **$400,957.00** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | Kline Construction Co., Inc. | Case number *(If known)* **19-25757-JNP** |
|--------|------------------------------|-------------------------------------------|
|        | Name                         |                                           |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Book value | $191,940.00 | | $191,940.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $191,940.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------------------------------------------------------------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles (book value) - see attached list** | $8,231,425.00 | | $8,231,425.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| 49. | **Aircraft and accessories** | | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

# Attachment to Schedule B

# No. 47 – Vehicles

KLINE CONSTRUCTION CO., INC.

19-25757-JNP

SCHEDULE A/B, LINE 47

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| 1 | Pickup Truck | FORD | F-150 SUPERCREW | 1FTFW1EF2BKD93695 | 2011 | 139,416 |
| 1 | Pickup Truck | CHEVROLET | SILVERADO 1500 PICK UP | 1GCRCPE03BZ375296 | 2011 | 199,199 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF2EKD47674 | 2014 | 124,731 |
| 1 | Pickup Truck | CHEVROLET | C-2500  PICKUP TRUCK | 1GCHC24U96E260055 | 2006 | 248,442 |
| 1 | Utility Truck | CHEVROLET | 3500 UTILITY TRUCK | 1GBHC24KX7E562703 | 2007 | 184,708 |
| 1 | Van | FORD | E350 CUTAWAY | 1FDSE35L34HA23483 | 2004 | 172,164 |
| 1 | Utility Truck | CHEVY | C-2500 UTILITY TRUCK | 1GBHC24K07E562595 | 2007 | 231,004 |
| 1 | Pickup Truck | GMC | K1500 Pickup Truck | 1GTEK14C17Z652979 | 2007 | 178,605 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U08PA74037 | 2008 | 185,257 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U18PA74032 | 2008 | 176,734 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U58PA74020 | 2008 | 175,000 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U18PB01164 | 2008 | 164,865 |
| 1 | Utility Truck | CHEVROLET | C-2500 UTILITY TRUCK | 1GBHC24K57E561006 | 2007 | 270,700 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U48PA74042 | 2008 | 200,413 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U58PA91688 | 2008 | 157,439 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U38PA74064 | 2008 | 152,134 |
| 1 | Pickup Truck | CHEVROLET | C-2500 PICKUP TRUCK | 1GCHC24U16E261359 | 2006 | 236,182 |
| 1 | Pickup Truck | FORD | RANGER | 1FTYR10U38PB01165 | 2008 | 174,218 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTRX12W37NA56277 | 2007 | 261,289 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTRF12W04NB48767 | 2004 | 254,364 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF7CKD80490 | 2012 | 115,821 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF3EKD48011 | 2014 | 89,423 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34548EC04664 | 2008 | 129,923 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34538EC04672 | 2008 | 112,577 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34538EA74537 | 2008 | 155,782 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF345X8EA74549 | 2008 | 127,421 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34518EC09417 | 2008 | 178,845 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34578ED31974 | 2008 | 105,555 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF345X8EC04622 | 2008 | 130,126 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34598EA74543 | 2008 | 162,776 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF7BKD39386 | 2011 | 196,996 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF345X8EA90461 | 2008 | 148,499 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34568EA83376 | 2008 | 135,650 |

| | | | | | | |
|---|---|---|---|---|---|---|
| KLINE CONSTRUCTION CO., INC. | | | | | | |
| 19-25757-JNP | | | | | | |
| SCHEDULE A/B, LINE 47 | | | | | | |
| | | | | | | |
| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF5BKD45574 | 2011 | 129,272 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF5BKD28581 | 2011 | 168,842 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF7BKD28579 | 2011 | 174,245 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34538EA74568 | 2008 | 109,214 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34528EC19227 | 2008 | 151,150 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34568EC04701 | 2008 | 143,205 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF6BKD28587 | 2011 | 164,789 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34588EC04604 | 2008 | 177,094 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF34558ED36073 | 2008 | 161,012 |
| 1 | Pickup Truck | FORD | F-350 PICK UP TRUCK | 1FDSF345X8EC04698 | 2008 | 140,784 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF5EKD47684 | 2014 | 94,070 |
| 1 | Pickup Truck | FORD | F-250 PICK UP TRUCK | 1FTSW21Y18EB43531 | 2008 | 108,505 |
| 1 | Pickup Truck | FORD | F-250 PICK UP TRUCK | 1FTSW21YX8EB43530 | 2008 | 93,433 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF5CKD80245 | 2012 | 131,242 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF4CKD80317 | 2012 | 144,965 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF2CKD80476 | 2012 | 149,080 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF8EKD84468 | 2014 | 122,906 |
| 1 | Pickup Truck | FORD | F-150 PICK UP | 1FTMF1CM3DKF17453 | 2013 | 114,920 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTMF1CM6DKG15806 | 2013 | 150,436 |
| 1 | Pickup Truck | FORD | F-250 SD 4X4 P/U | 1FTNF21L03EB71413 | 2003 | 224,664 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF3EKD20967 | 2014 | 80,087 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF1EKD47682 | 2014 | 77,860 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF8EKD17692 | 2014 | 35,000 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF1EKD64286 | 2014 | 131,637 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CFXEKD84455 | 2014 | 91,139 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF5EKD20856 | 2014 | 103,991 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF7EKD47654 | 2014 | 75,801 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF7EKD63983 | 2014 | 133,356 |
| 1 | Pickup Truck | FORD | F-150 PICK UP TRUCK | 1FTNF1CF1EKD48010 | 2014 | 118,888 |
| 1 | Pickup Truck | FORD | RANGER-EXT CAB | 1FTYR14U48PA08617 | 2008 | 112,558 |
| 1 | Pickup Truck | FORD | RANGER-EXT CAB | 1FTYR14U28PA08633 | 2008 | 136,214 |
| 1 | Bucket Van | CHEVROLET | G3500 VAN BUCKET | 1GCHG35U651207229 | 2005 | 90,462 |
| 1 | Pickup Truck | DODGE | RAM 1500 P/U | 1C6RR6GT3GS226751 | 2016 | 99,250 |

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| | KLINE CONSTRUCTION CO., INC. | | | | | |
| | 19-25757-JNP | | | | | |
| | SCHEDULE A/B, LINE 47 | | | | | |
| | | | | | | |
| 1 | Pickup Truck | DODGE | RAM 1500 P/U | 1C6RR6GT0GS198911 | 2016 | 84,810 |
| 1 | Pickup Truck | DODGE | RAM 1500 P/U | 1C6RR6GTXGS332274 | 2016 | 60,994 |
| 1 | Pickup Truck | DODGE | RAM 1500 P/U | 1C6RR6GT8GS226874 | 2016 | 85,105 |
| 1 | Pickup Truck | DODGE | RAM 1500 P/U | 1C6RR6GT1GS226764 | 2016 | 89,439 |
| 1 | Pickup Truck | DODGE | RAM 1500 P/U | 1C6RR6GT0GS226920 | 2016 | 90,314 |
| 1 | Pickup Truck | Ford | F250 Pick Up Truck | 1FTSW21Y38EB43529 | 2008 | 55,211 |
| 1 | Van | GMC | G3500 Cargo Van | 1GTHG35U751234424 | 2005 | 88,659 |
| 1 | Van | GMC | G3500 Cargo Van | 1GTHG35U051235205 | 2005 | 111,311 |
| 1 | Pickup Truck | Ford | F150 P/U 4X4 | 1FTNF1CF6BKD36026 | 2011 | 99,500 |
| 1 | Pickup Truck | Chevy | K2500HD P/U 4X4 | 1GC0KVCG6CZ112947 | 2012 | 31,369 |
| 1 | Pickup Truck | Chevy | K2500HD P/U 4X4 | 1GC0KVCG5CF108552 | 2012 | 29,624 |
| 1 | Pickup Truck | Ford | F150 P/U 4X4 | 1FTFX1EF1BFC06307 | 2011 | 126,550 |
| 1 | Pickup Truck | Ford | F150 P/U 4X4 | 1FTFX1EF3BFC22914 | 2011 | 144,358 |
| 1 | Pickup Truck | Ford | F150 P/U 4X4 | 1FTFX1EV0AFC98371 | 2010 | 121,822 |
| 1 | Pickup Truck | Ford | F250 P/U 4X4 | 1FTSX21597EB21410 | 2007 | 129,720 |
| 1 | Pickup Truck | GMC | K2500HD P/U 4X4 | 1GTHK24U74E307003 | 2004 | 74,692 |
| 1 | SUV | MERCURY | MARINER | 4M2CN9HG1AKJ15954 | 2010 | 188,896 |
| 1 | SUV | HONDA | ELEMENT | 5J6YH2H75BL004940 | 2011 | 211,465 |
| 1 | Hatchback | FORD | C-MAX | 1FADP5AU1DL517054 | 2013 | 175,250 |
| 1 | SUV | CHEVROLET | TAHOE HYBRID | 1GNFK13519R159336 | 2009 | 183,229 |
| 1 | Sedan | FORD | CROWN VIC | 2FAHP71W35X175481 | 2005 | 285,876 |
| 1 | SUV | FORD | C-MAX | 1FADP5AU9DL525080 | 2013 | 174,627 |
| 1 | SUV | MAZDA | TRIBUTE | 4F2CZ02Z28KM03508 | 2008 | 266,943 |
| 1 | SUV | MAZDA | TRIBUTE | 4F2CZ92Z78KM16615 | 2008 | 187,939 |
| 1 | SUV | CHEVROLET | TAHOE | 1GNFK130181122157 | 2008 | 201,550 |
| 1 | Sedan | FORD | TAURUS SE RED | 1FAFP53UX5A214535 | 2005 | 229,138 |
| 1 | Sedan | FORD | TAURUS SE WHITE | 1FAFP53U36A101060 | 2006 | 180,000 |
| 1 | Hatchback | CHEVY | HHR | 3GCCA85D28S679455 | 2008 | 238,914 |
| 1 | Hatchback | CHEVY | HHR | 3GCCA85D88S657105 | 2008 | 229,890 |
| 1 | SUV | FORD | ESCAPE | 1FMYU92Z97KB42896 | 2007 | 153,445 |
| 1 | SUV | Ford | Expedition EL | 1FMJK2AT0GEF06021 | 2016 | 121,011 |
| 1 | SUV | Ford | Expedition EL | 1FMJK1JT4GEF02628 | 2016 | 119,616 |
| 1 | Pickup Truck | Ford | F-350 SRW | 1FDWX35P16EB15212 | 2006 | 259,041 |

KLINE CONSTRUCTION CO., INC.

19-25757-JNP

SCHEDULE A/B, LINE 47

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| 1 | Rollback Truck | HINO | 185 ROLLBACK TRUCK | 5PVNC6JKX62S50052 | 2006 | 209,005 |
| 1 | Landscape Truck | FORD | F-550 LANDSCAPE TRUCK | 1FDAF56P44ED45301 | 2004 | 207,998 |
| 1 | Landscape Truck | FORD | F-550 LANDSCAPE TRUCK | 1FDAF56P64ED45302 | 2004 | 206,889 |
| 1 | Rollback Truck | FORD | F-550 ROLLBACK TRUCK | 1FDAF56F13EB00381 | 2003 | 175,574 |
| 1 | Rollback Truck | HINO | 185 ROLLBACK TRUCK | 5PVNC6JK062S10286 | 2006 | 214,316 |
| 1 | Rollback Truck | HINO | 185 ROLLBACK TRUCK | 5PVNC6JK862S10312 | 2006 | 204,511 |
| 1 | Utility Truck | FORD | F-450 UTILITY TRUCK | 1FDXF46F43EB00377 | 2003 | 251,741 |
| 1 | Boxtruck | MITSUBISHI | FUSO FE-125 BOX VAN | JL6AAG1S98K009507 | 2008 | 102,123 |
| 1 | Flatbed Truck | FORD | F-450 FLAT BED TRUCK | 1FDXF46P44ED45299 | 2004 | 190,700 |
| 1 | Dump Truck | MITSUBISHI | FE-180 DUMP TRUCK | JL6CCD1S66K000651 | 2006 | 162,939 |
| 1 | Utility Truck | FORD | F450 UTILITY TRUCK | 3FELF47F1VMA11842 | 1997 | 147,097 |
| 1 | Flatbed Truck | HINO | 145 FLATBED TRUCK | JHBNA6JJ051S10099 | 2005 | 222,299 |
| 1 | Dump Truck | HINO | 165 DUMPTRUCK | JHBNA6JM251S10101 | 2005 | 198,795 |
| 1 | Flatbed Truck | HINO | 145 FLATBED TRUCK | 5PVNA6JM062S50052 | 2006 | 209,397 |
| 1 | Utility Truck | HINO | 145 UTILITY TRUCK | 5PVNA6JF862S10058 | 2006 | 146,341 |
| 1 | Rollback Truck | MITSUBISHI | FME145 ROLLBACK W/AIRC | JL6BBE1S57K017835 | 2007 | 221,469 |
| 1 | Rollback Truck | MITSUBISHI | FE145 ROLLBACK | JL6BBE1SX7K017801 | 2007 | 205,738 |
| 1 | Rollback Truck | CHEVROLET | C-5500 ROLLBACK | 1GBE6H1JXSJ105401 | 1995 | 219,088 |
| 1 | Utility Truck | FORD | F-350 UTILITY BODY | 1FDKF38M0LNB10470 | 1990 | 96,160 |
| 1 | Utility Truck | FORD | F-350 UTILITY TRUCK | 2FDKF37G3NCA62256 | 1992 | 117,133 |
| 1 | Boxtruck | MITSUBISHI | FE125 BOX VAN | JL6AAE1S88K017148 | 2008 | 188,200 |
| 1 | Utility Truck | FORD | F550 UTILITY TRUCK | 1FDAF56R28EC89298 | 2008 | 173,654 |
| 1 | Van | CHEVROLET | G-3500 BOX VAN | 1GB3G3CG0D1158409 | 2013 | 146,857 |
| 1 | Van | FORD | E-350 BOX VAN | 1FDWE3FL4BDA84040 | 2011 | 184,509 |
| 1 | Flatbed Truck | HINO | 268 FLAT BED | 5PVNJ8JT162S50175 | 2006 | 451,099 |
| 1 | Bucket Truck | FORD | F-550 BUCKET TRUCK | 1FDAF56R78ED46370 | 2008 | 200,000 |
| 1 | Utility Truck | GMC | SIERRA 3500HD UTILITY TRUCK | 1GD7C2BK2AF130730 | 2010 | 242,633 |
| 1 | Boxtruck | HINO | 195 BOX VAN | JHHYDM1H3GK003246 | 2016 | 45,446 |
| 1 | Utility Truck | CHEVROLET | K2500HD UTILITY TRUCK | 1GB0KVCG2CF191538 | 2012 | 226,526 |
| 1 | Dump Truck | FORD | F-450 DUMP TRUCK | 1FDXF46PX5EC28022 | 2005 | 125,189 |
| 1 | Dump Truck | Ford | F550 Dump Truck | 1FDAF56F81ED32912 | 2001 | 187,083 |
| 1 | Dump Truck | Ford | F550 Dump Truck | 1FDAF56P16EC71788 | 2006 | 128,244 |
| 1 | Van | FORD | E-550 BOX VAN | 1FDAE55F13HA90972 | 2003 | 113,506 |

| | | | | | | |
|---|---|---|---|---|---|---|
| KLINE CONSTRUCTION CO., INC. | | | | | | |
| 19-25757-JNP | | | | | | |
| SCHEDULE A/B, LINE 47 | | | | | | |
| | | | | | | |
| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
| 1 | Flatbed Truck | International | 4700 Flatbed Truck | 1HTSCNDK2MH333979 | 1991 | 4,113 |
| 1 | Van | Ford | LCF450 Van Body Truck | 3FRLL45Z97V576614 | 2007 | 38,923 |
| 1 | Dump Truck | Ford | F550 Dump Truck | 1FDAF56P46EA57460 | 2006 | 107,058 |
| 1 | Dump Truck | Ford | F550 Dump Truck | 1FDAF56P16EC71791 | 2006 | 158,792 |
| 1 | Bucket Truck | Chevrolet | C-5500 Bucket Truck | 1GBE5C1274F520499 | 2004 | 207,682 |
| 1 | Van | Ford | LCF 450 Van Body TK | 3FRLL45Z57V566470 | 2007 | 50,200 |
| 1 | Boxtruck | Hino | 155 Van Body Tk | JHHYDM1HK004116 | 2007 | 22,631 |
| 1 | Utility Truck | Ford | F350 Utility | 1FD8X3H68HEC22983 | 2017 | 53,711 |
| 1 | Utility Truck | Ford | F350 Utility | 1FD8X3H66HEC22982 | 2017 | 36,587 |
| 1 | Boxtruck | Mitsubishi | FE140 w/ 16' Van Body & Rail | JL6BBE1SX7K018804 | 2007 | 197,705 |
| 1 | Bucket Truck | Ford | F-450 BUCKET TRUCK | 1FDUF4GY4JEB75385 | 2018 | 40,142 |
| 1 | Utility Truck | Ford | F-450, Utility | 1FD9C4HT2EC49019 | 2018 | 11,265 |
| 1 | Boxtruck | Mistubishi | Fuso- Box | JL6AMG1A9LK001429 | 2021 | 108,369 |
| 1 | Bucket Truck | INTERNATIONAL | 7400 BUCKET TK | 1HTWCAAR44J092074 | 2004 | 123,200 |
| 1 | Rollback Truck | FORD | F-650 ROLLBACK TRUCK | 3FDNF6536YMA02401 | 2000 | 286,897 |
| 1 | Tanker Vacuum Truck | INTERNATIONAL | 4900 TANKER VACUUM | 1HTSDZ7R8MH331442 | 1991 | 118,336 |
| 1 | Bucket Truck | INTERNATIONAL | 4400 BUCKET TRUCK | 1HTMKAAN73H585440 | 2003 | 116,488 |
| 1 | Dump Truck | FORD | F-650 DUMP TRUCK | 3FDWF65Y83MB02816 | 2003 | 134,754 |
| 1 | Crash/Arrow | FORD | F-800 CRASH/ARROW | 1FDNF80CXWVA33480 | 1998 | 207,762 |
| 1 | Crash/Arrow | FORD | F-800 CRASH/ARROW | 1FDNF80C1WVA33481 | 1998 | 204,102 |
| 1 | Boxtruck | FORD | F-800 BOX VAN W/AIRC | 1FDNF80C9VVA00419 | 1997 | 204,061 |
| 1 | Boxtruck | MITSUBISHI | FUSO BOX VAN W/AIRC | JW6DNN1E5SM000872 | 1995 | 257,059 |
| 1 | Dump Truck | FORD | F-750 DUMP TRUCK | 3FDPF75A11MA45272 | 2001 | 163,094 |
| 1 | Flatbed Truck | INTERNATIONAL | 7600 FLAT BED/DRILL | 1HTMSAZR05J057998 | 2005 | 369,465 |
| 1 | Boxtruck | MITSUBISHI | FUSO FM617 BOX VAN W/AIRC | JW6DEN1E3TM000534 | 1996 | 281,512 |
| 1 | Dump Truck | FORD | F-750 DUMP TRUCK | 3FRWF7FE0BV551434 | 2011 | 179,200 |
| 1 | Pump Truck | Peterbilt | 330 PUMP TRUCK | 2NPNHD7X43M81001425 | 2003 | 186,420 |
| 1 | Digger Truck | FORD | F-750 UTILITY DIGGER | 3FRXF75R17V514814 | 2007 | 74,591 |
| 1 | Digger Truck | International | 4300 UTILITY DIGGER | 1HTMMAANX8H67529 | 2008 | 88,689 |
| 1 | Dump Truck | FORD | F-650 DUMP TRUCK | 3FRWF65224V611363 | 2004 | 234,820 |
| 1 | Rodder Truck | International | RODDER TRUCK-4700 | 1HTSCAAM4TH211833 | 1996 | 217,223 |
| 1 | Flatbed Truck | VOLVO | WG64 Flatbed D/A-Drill | 4VHJCSABE8VR857991 | 1997 | 58,282 |
| 1 | Tanker Vacuum Truck | INTERNATIONAL | 4300 TANKER VACCUUM | 1HTMMAAN55H69802 | 2005 | 241,213 |

KLINE CONSTRUCTION CO., INC.

19-25757-JNP

SCHEDULE A/B, LINE 47

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | JHBNE8JT251S11451 | 2005 | 161,604 |
| 1 | Flatbed Truck | HINO | 268 FLATBED TRUCK/DRILL | JHBNE8JT951S11432 | 2005 | 101,470 |
| 1 | Flatbed Truck | HINO | 338 FLATBEAD TRUCK-DRILL | JHBNV8JL451S10012 | 2005 | 128,861 |
| 1 | Flatbed Truck | HINO | 268 FLATBED W/AIR COMP | 5PVNE8JP762S50026 | 2006 | 179,436 |
| 1 | Dump Truck | HINO | 338 DUMPTRUCK | 5PVNV8JVX62S50083 | 2006 | 226,854 |
| 1 | Reel Carrier Truck | GMC | C-7500 REEL CARRIER | 1GDM7H1J4WJ507601 | 1998 | 279,580 |
| 1 | Flatbed Truck | HINO | 338 FLATBEAD TRUCK-DRILL | 5PVNV8JV662S50050 | 2006 | 179,625 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JT062S50043 | 2006 | 179,964 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JT162S50052 | 2006 | 182,377 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JR162S50024 | 2006 | 168,987 |
| 1 | Rollback Truck | HINO | 258 ROLLBACK | 5PVND8JP572S50157 | 2007 | 168,951 |
| 1 | Crash/Arrow | INTRNTNL | 4700 CRASH/ARROW | 1HTSCAAM9XH609142 | 1999 | 87,428 |
| 1 | Crash/Arrow | INTRNTNL | 4700 CRASH/ARROW | 1HTSCABM9YH228858 | 2000 | 57,468 |
| 1 | Crash/Arrow | FORD | F-650 CRASH /ARROW | 3FRNF65984V685511 | 2004 | 82,125 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV972S50609 | 2007 | 154,347 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV672S50616 | 2007 | 171,761 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV072S50627 | 2007 | 195,650 |
| 1 | Tanker Vacuum Truck | INTRNTNL | 1954 TANKER VACUUM | 1HTLDTVN6HH476616 | 1987 | 312,478 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV0B4S52102 | 2011 | 93,292 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JVXB4S52110 | 2011 | 71,217 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV4B4S52104 | 2011 | 105,500 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV3B4S52093 | 2011 | 102,550 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV2B4S52103 | 2011 | 81,858 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV6B4S52105 | 2011 | 92,136 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV5B4S52113 | 2011 | 97,373 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNE8JV7B4S52114 | 2011 | 99,128 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNJ8JTXB4S53171 | 2011 | 85,252 |
| 1 | Crash/Arrow | HINO | ND238 CRASH/ARROW | 5PVND8JT782S50434 | 2008 | 138,222 |
| 1 | Crash/Arrow | HINO | ND238 CRASH/ARROW | 5PVND8JT282S50471 | 2008 | 143,011 |
| 1 | Crash/Arrow | HINO | ND238 CRASH/ARROW | 5PVND8JT382S50477 | 2008 | 110,000 |
| 1 | Crash/Arrow | HINO | ND238 CRASH/ARROW | JHBNE8JT851S11115 | 2005 | 187,050 |
| 1 | Crash/Arrow | HINO | ND238 CRASH/ARROW | 5PVNE8JT762S12261 | 2006 | 218,155 |
| 1 | Crash/Arrow | ISUSU | FVR CRASH/ARROW | 4GTJ7F1314F700266 | 2004 | 165,870 |

KLINE CONSTRUCTION CO., INC.

19-25757-JNP

SCHEDULE A/B, LINE 47

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| 1 | Crash/Arrow | HINO | ND238 CRASH/ARROW | 5PVNE8JV594S51358 | 2009 | 123,930 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNJ8JP872S50131 | 2007 | 466,803 |
| 1 | Crash/Arrow | HINO | 268 CRASH/ARROW | 5PVNJ8JT762S50164 | 2006 | 40,991 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT4A4S52404 | 2010 | 387,038 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT9A4S52415 | 2010 | 367,463 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JTXA4S52410 | 2010 | 378,622 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | JHBNE8JR651S10016 | 2005 | 496,902 |
| 1 | Attenuator | HINO | 268 UTILITY BOX | 5PVNJ8JT3A4S52426 | 2010 | 102,136 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT7A4S52400 | 2010 | 389,400 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT8A4S52387 | 2010 | 349,817 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT3A4S52383 | 2010 | 363,284 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT0A4S52433 | 2010 | 412,325 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT7A4S52414 | 2010 | 390,568 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT8A4S52406 | 2010 | 382,117 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT8A4S52390 | 2010 | 345,558 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT1A4S52425 | 2010 | 346,614 |
| 1 | Attenuator | HINO | 268 ATTENUATOR | 5PVNJ8JT9A4S52396 | 2010 | 350,630 |
| 1 | Bucket Truck | GMC | C-7500 BUCKET TRUCK | 1GDM7H1C7WJ516136 | 1998 | 141,834 |
| 1 | Dump Truck | FORD | F-750 DUMP TRUCK | 1FDNX7DCXGDA04443 | 2016 | 22,146 |
| 1 | Dump Truck | FORD | F750 DUMP TRUCK | 1FDNX7DC3GDA04444 | 2016 | 44,192 |
| 1 | Boxtruck | FORD | F-750 BOX VAN W/AIR C | 1FDNX7DC7GDA06617 | 2016 | 23,588 |
| 1 | Boxtruck | FORD | F-750 BOX VAN W/AIR C | 1FDNX7DC9GDA06618 | 2016 | 17,201 |
| 1 | Bucket Truck | Ford | F650 Bucket Truck | 3FDNF6588YMA63986 | 2000 | 114,194 |
| 1 | Dump Truck | Ford | F750 Dump Truck | 1FDWX7DC3HDB00998 | 2017 | 49,978 |
| 1 | Truck | Hino | 268A ATTENUATOR | 5PVNJ8JV5J4S69133 | 2018 | 17,164 |
| 1 | Truck | Hino | 268A ATTENUATOR | 5PVNJ8JV7J4S69134 | 2018 | 30,967 |
| 1 | Dump Truck | Peterbilt | 567 Dump Truck | 1NPCX4EX0JD460543 | 2018 | 31,805 |
| 1 | Bucket Truck | Ford | F-750,Bucket | 1FDWF7DC9HDB12317 | 2017 | 32,075 |
| 1 | Bucket Truck | Ford | F-750, Bucket | 1FDWF 7DC6JDFO5486 | 2018 | 17,783 |
| 1 | Dump Truck | MACK | RD688S/TRI AXLE DUMP | 1M2P267C3TM029156 | 1996 | 252,434 |
| 1 | Pump Truck | Mack | DM690S PUMP TRUCK D/A | 1M2B209C4VM020330 | 1997 | 216,930 |
| 1 | Dump Truck | MACK | RD688/ TRI AXLE DUMP TRUCK | 1M2P267C9YM054215 | 2000 | 489,043 |
| 1 | Tanker Truck | MACK | RD688S/TRI AXLE-TANKER | 1M2P267C5XM044912 | 1999 | 187,373 |

| | KLINE CONSTRUCTION CO., INC. | | | | | |
|---|---|---|---|---|---|---|
| | 19-25757-JNP | | | | | |
| | SCHEDULE A/B, LINE 47 | | | | | |
| | | | | | | |

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| 1 | Truck | FORD | LTA-9000 TRACTOR D/A | 1FTYY95W8SVA65312 | 1995 | 134,179 |
| 1 | Truck | FORD | LTA-9000 TRACTOR S/A | 1FTYS95S8SVA65339 | 1995 | 617,331 |
| 1 | Truck | FREIGHTLINER | FLD120 TRACTOR D/A | 1FUPYBYB4HH294453 | 1987 | 330,770 |
| 1 | Pump Truck | Mack | CH613 Pump Truck | 1M1AA12Y2YW128498 | 2000 | 63,176 |
| 1 | Trailer | DITCH WITCH | TRAILER BT26 | 1DS0000M5Y17T2502 | 2000 | |
| 1 | Trailer | GENERAL | 5 Ton D/A equipment trailer | 1120AP209JS050343 | 1988 | |
| 1 | Trailer | GENERAL | 9 Ton 3 axle equipment trailer | 11200D307JS090307 | 1988 | |
| 1 | Trailer | EAGER BEAVER | 20 XPT 20 ton D/A equipment trailer | 112HBV312X1053467 | 1999 | |
| 1 | Trailer | BUTLER | 5 Ton D/A equipment trraiter | 1BUD1620951002035 | 2005 | |
| 1 | Trailer | TRAIL King | TK8U 4 ton D/A equipment trailer | 1TKU016236B046931 | 2006 | |
| 1 | Trailer | HUDSON | HSE 16 D/A equipment trailer | 10HHSE16191000003 | 2009 | |
| 1 | Trailer | DITCH WITCH | 4 ton S/A equipment trailer | DIT2235281 | 1981 | |
| 1 | Trailer | BUTLER | LT1016 6 ton D/A equipment trailer | 1BUD1620951002312 | 2005 | |
| 1 | Trailer | Green | 3 ton D/A equipment trailer | 1S9E5222761489010 | 2006 | |
| 1 | Trailer | BUTLER | BPH POLE TRAILER | 1BUP2510611004891 | 2001 | |
| 1 | Trailer | FOSTER | 6 ton D/A equipment trailer | 4YTES182X1W005122 | 2001 | |
| 1 | Trailer | BUTLER | BPHD EXT POLE TRAILER | 1BUP20105E1002653 | 1984 | |
| 1 | Trailer | DITCHWITCH | JT-4 1220 Concrete Trailer | 1DS0000D3U17P1258 | 1997 | |
| 1 | Trailer | BUTLER | BPH POLE TRAILER | 1BUP2510411004890 | 2001 | |
| 1 | Trailer | GENERAL | 6 ton D/A equipmen trailer | 1657606 | 1976 | |
| 1 | Trailer | DITCH WITCH | 4 ton S/A equipment trailer | 1DSB181J4217W0856 | 2002 | |
| 1 | Trailer | EAGER BEAVER | 10 HDB 10 ton D/A equipment trailer | 112H8V32841062760 | 2004 | |
| 1 | Trailer | EAGER BEAVER | 20 XPT 20 ton D/A equipment trailer | 112HAN30241062405 | 2004 | |
| 1 | Trailer | HOMEMADE | POLE TRAILER | HMDC2004235 | 2004 | |
| 1 | Trailer | DITCH WITCH | 10 ton D/A equipment trailer | 1DSB232NO517Z2192 | 2005 | |
| 1 | Trailer | EAGER BEAVER | 20 XPT 20 ton D/A equipment trailer | 112HBV3299L074375 | 2009 | |
| 1 | Trailer | TRANSCRAFT | FLAT-BED | 1TTF4520132010171 | 2003 | |
| 1 | Trailer | LARK | CARGO INFRA RED | 5RTBE1426AD017616 | 2010 | |
| 1 | Trailer | BRI-MA | 12 Ton D/A euipment trailer | 43YDC24218C071859 | 2010 | |
| 1 | Trailer | CAM | SUPER LINE JT-7 3020 | 5JPBU3428DP031221 | 2013 | |
| 1 | Trailer | WITZCO | CHALLENGER | 1W8A11D208S000557 | 2008 | |
| 1 | Trailer | TRAILER | W/MSP PUMP | LSFB1358 | 1988 | |
| 1 | Trailer | KIEFER-PIPE | 32-45 Ft Telescoping Pipe Trailer | 1DVDG4524EK060260 | 2014 | |

KLINE CONSTRUCTION CO., INC.

19-25757-JNP

SCHEDULE A/B, LINE 47

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| 1 | Trailer | COP | PIPE TRAILER | 1H9PC1721EF423007 | 2014 | |
| 1 | Trailer | COP | PIPE TRAILER | 1H9PC1723EF423008 | 2014 | |
| 1 | Trailer | EAGER BEAVER | EB 3 AXLE 25 TON | 112HAX355XL052476 | 1999 | |
| 1 | Trailer | FRUEHAUF | TANKER Trailer | UNJ315811 | 1988 | |
| 1 | Trailer | COP | PIPE TRAILER | 1H9PC1720FF423002 | 2015 | |
| 1 | Trailer | Ditch Witch | 10-Ton T/A Tagalong Support | 1DSV302LX91702401 | 2009 | |
| 1 | Trailer | KIEFER | S/A COIL PIPE TRAILER | MVIN203648IND | 2001 | |
| 1 | Trailer | KIEFER | S/A COIL PIPE TRAILER | 1DVDR1216TA003103 | 1996 | |
| 1 | Trailer | Centreville | 801 7MX-12M 6 ton D/A equipment trailer | 5JVBT1725B1002381 | 2011 | |
| 1 | Trailer | Centreville | 801 7MX-12M 6 ton D/A equipment trailer | 5JVBT1723B1002377 | 2011 | |
| 1 | Trailer | Pequea | 1020-6 ton D/A equipment trailer | 4JASL20225G111652 | 2005 | |
| 1 | Trailer | Carmate | Enclosed Trailer | 5A3C7201A6L001043 | 2010 | |
| 1 | Trailer | Carmate | Enclosed Trailer | 5A3C824D871004392 | 2007 | |
| 1 | Trailer | Southwest | Enclosed Trailer | 48B500J20V2013029 | 1997 | |
| 1 | Trailer | Carmate | Enclosed Trailer | 5A3C612S6FL003046 | 2015 | |
| 1 | Trailer | GE | Motor/Hydraulic-Coil Reel Trailer | 1G9SR0710CG20041 | 1985 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT3 | 1980 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT4 | 1981 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT5 | 1984 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT5 | 1990 | |
| 1 | Trailer | Truco | Hydraulic-Coil Reel Trailer | KCRT7 | 1979 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT8 | 1980 | |
| 1 | Trailer | Truco | Hydraulic-Coil Reel Trailer | 67257 | 1978 | |
| 1 | Trailer | Pengo | Hydraulic-Coil Reel Trailer | 6110-15 | 1993 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT11 | 1997 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT12 | 1990 | |
| 1 | Trailer | Lemco | | 191SS091XHP042086 | 2000 | |
| 1 | Trailer | K-Dee/Laun | 1085 hydraulic coil cable trailer | 1KVXBHE1X610XB398 | 2006 | |
| 1 | Trailer | Devine | Self Load-Coil Reel Trailer | D9RC1027A080239 | 2003 | |
| 1 | Trailer | Devine | Self Load-Coil Reel Trailer | DMD18J8020222C | 2003 | |
| 1 | Trailer | Devine | Self Load-Coil Reel Trailer | DMD1403830224C | 2003 | |
| 1 | Trailer | Rector | Hydraulic-Coil Reel Trailer | 1F9CR1219TC279008 | 1996 | |
| 1 | Trailer | Hogg-Davis | Hydraulic-Coil  Reel Trailer | 1H9401223A1011026 | 1980 | |

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age | Mileage/Hours |
|---|---|---|---|---|---|---|
| | | KLINE CONSTRUCTION CO., INC. | | | | |
| | | 19-25757-JNP | | | | |
| | | SCHEDULE A/B, LINE 47 | | | | |
| 1 | Trailer | Allegheny | Hydraulic-Coil Reel Trailer | 1A94A1016WC469531 | 1998 | |
| 1 | Trailer | Chance | Self Load-Coil Reel Trailer | T0721 | 1972 | |
| 1 | Trailer | Chance | Self Load-Coil Reel Trailer | T0722 | 1972 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT24 | 2005 | |
| 1 | Trailer | Homemade | Hydraulic-Coil Reel Trailer | KCRT25 | 2006 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT26 | 2013 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT27 | 2003 | |
| 1 | Trailer | Troco | Hydraulic Coil Reel Trailer | TCR-14-1 | 1978 | |
| 1 | Trailer | Troco | Hydraulic Coil Reel trailer | TCR-14-2 | 1978 | |
| 1 | Trailer | Roose Mfg | Hydraulic Coil Reel trailer | 1R9RP1118DP136451 | 2013 | |
| 1 | Trailer | K-Dee/Laun | 1085 hydaulic coil cable trailer | 1KVXBHE19610XB397 | 2006 | |
| 1 | Trailer | K-Dee/Laun | 1085 hydraulic coil cable trailer | 1KVXBHE12610XB399 | 2006 | |
| 1 | Trailer | K-Dee/Laun | 1085 hydraulic coil cable trailer | 1KVXBHE18510XB387 | 2005 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT36 | 2017 | |
| 1 | Trailer | Homemade | Self Load-Coil Reel Trailer | KCRT37 | 2017 | |
| 1 | Trailer | Rampant | 25 ton 3 axle equip trailer | 5SPTD3035JW2K0920 | 2018 | |
| 1 | Trailer | Safe Stop | Arrowboard W/Crash Attenuator | 1ETC191X5A362036 | 2006 | |
| 1 | Trailer | Ditch Witch | 4 ton S/A equipment trailer | 1DSB181J4217W0846 | 2012 | |
| 1 | Trailer | Garco | D/A self load coil reel | 67257 | 1987 | |

# Attachment to Schedule B

# No. 50 – Heavy Equipment

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age |
|---|---|---|---|---|---|
| | KLINE CONSTRUCTION CO., INC. | | | | |
| | 19-25757-JNP | | | | |
| | SCHEDULE A/B, LINE 50 | | | | |
| | | | | | |
| 1 | Walk Behind Concrete Saw | Core Cut | CC6571D Walk Behind Concrete Saw | | 2013 |
| 1 | Hydraulic Auger | CRV ASSY | RS-6 | 500814 | 2012 |
| 1 | Hydraulic Hammer | CAT | H90 Hydraulic Hammer | 6T205516 | 2015 |
| 1 | Hammer | CAT | H90 Hydraulic Hammer | X9F00552 | 2015 |
| 1 | Hammer | CAT | H90 Hydraulic Hammer | X9F00540 | 2015 |
| 1 | Fiber Tester | EXPO | CWBM | 764726 | 2005 |
| 1 | Fiber Tester | V TECH | DWBM | | 2015 |
| 1 | Paver/Spreader | Roadrunner | MT40-60 | | 2017 |
| 1 | Drill Head Locator/Transmitter | | D.C.I. -F5R | 80085036 | 2015 |
| 1 | Single Frequency Locator/Beacon | | Ditchwitch-TK SS | 8385061/8385597 | 2016 |
| 1 | Single Frequency Locator/Beacon | | Ditchwitch-TK SS | 8369375/8385319 | 2016 |
| 1 | Standard Beacon | Ditch Witch | 86 BV2 | 8381853 | 2016 |
| 1 | Generator | Yamaha | EF7200D | 7P6-0250714 | 2015 |
| 1 | Generator | Yamaha | EF7200D | 7P6-0251397 | 2015 |
| 1 | Generator | Yamaha | EF7200D | 7P6-0251087 | 2015 |
| 1 | Generator | Yamaha | EF7200D | 7P6-0250713 | 2015 |
| 1 | Electric Fusion | MSA | 340-EFPG1 | 33684 | 2015 |
| 1 | Electric Fusion | MSA | 340-EFPG2 | 33754 | 2015 |
| 1 | Electric Fusion | MSA | 340-EFPG3 | 33374 | 2015 |
| 1 | Electric Fusion | MSA | 340-EFPG4 | 33664 | 2015 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8389011/8387931 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8389713/8389839 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8389012/8387930 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8389711/8389841 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8387748/8387703 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8389712/8389840 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8383320/8387932 | 2016 |
| 1 | Locator | Ditchwitch | 150T 30K/150RP | 8389879/8389714 | 2016 |
| 1 | Locator-recond | Ditchwitch | 150T 30K/150RP | 8405469/8407849 | 2015 |
| 1 | Air Compressor | Ingersoll | 185 | 127904U82953 | 1995 |
| 1 | Air Compressor | Leroi | 125 | 3270X497 | 1996 |

Case 19-25757-JNP Doc 733 Document 1 Filed 01/21/20 Page 18 of 119 Desc

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age |
|---|---|---|---|---|---|
| 1 | Air Compressor | Leroi | 185 | 3272X2602 | 1998 |
| 1 | Air Compressor | Leroi | 185 | 3272X2601 | 1997 |
| 1 | Air Compressor | Leroi | 185 | 3272X2070 | 1998 |
| 1 | Air Comp Skid | Sullivan | 250 | 19755A | 1999 |
| 1 | Air Compressor | Leroi | 185 | 3217X1036 | 1993 |
| 1 | Air Compressor | Airman | 185 | PDS1855 | 1999 |
| 1 | Air Compressor | Sullivan | 185 | 100698 | 2011 |
| 1 | Air Compressor | Atlas | 125 | IA074960 | 1992 |
| 1 | Air Comp Skid | Sullivan | 185 | 100566 | 2011 |
| 1 | Air Compressor | Atlas | 125 | OL601188 | 1994 |
| 1 | Air Compressor | Ingersoll | 185 | 300158UDJ221 | 1999 |
| 1 | Air Compressor | Sullivan | 185 | 100482 | 2011 |
| 1 | Air Comp Skid | Atlas | 185 | USA014419 | 2006 |
| 1 | Air Comp Skid | Atlas | 185 | USA015930 | 2006 |
| 1 | Air Comp Skid | Atlas | 185 | USA015798 | 2006 |
| 1 | Air Comp Skid | Ingersoll | 185 | 4PYCABAA26U365541 | 2006 |
| 1 | Air Compressor | Sullivan | 185 | 23169 | 2004 |
| 1 | Air Compressor | Sullivan | 185 | 30118 | 2011 |
| 1 | Air Comp Skid | Rotair | VRK-220 | K40987 | 2011 |
| 1 | Air Compressor | Airman | 185 | 34-6E10537 | 2016 |
| 1 | Air Compressor | Airman | 185 | 34-6E10530 | 2016 |
| 1 | Arrowboard | Wanco | Solar WTSP55 | 5F11S1015E1003313 | 2013 |
| 1 | Arrowboard | Wanco | Solar WTSP55 | 1.02E+11 | 2007 |
| 1 | Arrowboard | Wanco | Solar WTSP55 | 5F11S01261003531 | 2006 |
| 1 | Arrowboard | Fenex | Solar TMABVA-15 | 32257 | 2001 |
| 1 | Arrowboard | Wanco | Solar WTSP55 | 5F11S101961004255 | 2006 |
| 1 | Messageboard | Solar Tech | Solar Silent Messanger | 4GM2V151691410064 | 2009 |
| 1 | Messageboard | Wanco | Solar WTLMB | 5F12S1614B1000426 | 2011 |
| 1 | Arrowboard | Ver-Mac | Solar ST-4815 | 2S9US211XCS132675 | 2012 |
| 1 | Arrowboard | Ver-Mac | Solar ST-4815 | 2S9US1113ES132143 | 2014 |
| 1 | Directional Drill | Ditchwitch | JT1220 | 700098 | 2007 |

Case 19-25757-JNP    Doc 323    Filed 01/12/24    Page 19 of 119    Desc

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age |
|---|---|---|---|---|---|
| | KLINE CONSTRUCTION CO., INC. | | | | |
| | 19-25757-JNP | | | | |
| | SCHEDULE A/B, LINE 50 | | | | |
| 1 | Directional Drill | Ditchwitch | JT3020 | CMWJ30M1JC0000662 | 2012 |
| 1 | Directional Drill | Ditchwitch | JT20 | CMWJT20XVG0000854 | 2016 |
| 1 | Directional Drill | Ditchwitch | JT1220 | CMW1220C80000299 | 2008 |
| 1 | Plow/Trencher | Ditchwitch | RT-55 | 5Y1104 | 2004 |
| 1 | Plow/Trencher | Ditchwitch | RT-70 | 5W0097 | 2002 |
| 1 | Vibratory Plow | Ditch Witch | 410-SXw/hoe | G0001312 | 2015 |
| 1 | Vibratory Plow | Ditch Witch | 410-SXw/hoe | G0001315 | 2015 |
| 1 | Vibratory Plow | Ditch Witch | 410-SXw/hoe | G0001313 | 2015 |
| 1 | Vibratory Plow | Ditch Witch | 410-SXw/hoe | G0001314 | 2015 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 4S0575 | 2000 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 4W0213 | 2002 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 4X0033 | 2003 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 4X0019 | 2003 |
| 1 | Vibratory Plow | Ditch Witch | 255-SX | 4Y0013 | 2004 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 4Y0180 | 2004 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 4Z0089 | 2005 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 6000239 | 2006 |
| 1 | Vibratory Plow | Ditch Witch | 410-SX | 7000492 | 2007 |
| 1 | Vibratory Plow | Ditch Witch | 420-SX | 7000023 | 2007 |
| 1 | Light Tower | Wacker | LT4 | 63501548 | 1997 |
| 1 | Light Tower | Wacker | LT4 | 63501864 | 1997 |
| 1 | Generator | Airman | 60-Watt SDG60S | 473A20062 | 1999 |
| 1 | Forklift | CDS | 706D | 4274 | 1983 |
| 1 | Forklift | JCB | 504B Loadall | SLP504BOSE0278640 | 1996 |
| 1 | Forklift | Hyster | H155XL | 006A03049J | 1998 |
| 1 | Sweeper | Laymor | Sweeper SM300 | 35132 | 2015 |
| 1 | Roller | Wacker | RD-880 | 170000218 | 1994 |
| 1 | Roller | Multiquip | V-30-4H | 250602 | 2005 |
| 1 | Roller | Rammax | P33-24 HHM | 1536197 | 2005 |
| 1 | Mixer | Multiquip | WM120SHHD | 1410015 | 2015 |
| 1 | Mixer | Rammax | MN95H240 | 3A9S28M10F1168060 | 2015 |

Case 19-25757-JNP    Doc 321    Document    Filed 01/23/20    Page 20 of 119    Entered 01/23/20 16:19:24    Desc

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age |
|---|---|---|---|---|---|
| KLINE CONSTRUCTION CO., INC. | | | | | |
| 19-25757-JNP | | | | | |
| SCHEDULE A/B, LINE 50 | | | | | |
| | | | | | |
| 1 | Screener | EZ Screen | 500XL Screener | DL1545 | 2005 |
| 1 | Loader | Takeuchi | TL-140 | 21405639 | 2007 |
| 1 | Wheel Loader | CAT | 938K | SWL04124 | 2015 |
| 1 | Dozer | CAT | D4K2LGP | KRR00596 | 2015 |
| 1 | Backhoe | CAT | 420F-IT | JWJ03248 | 2015 |
| 1 | Backhoe | CAT | 430E-IT | DT00486 | 2007 |
| 1 | Backhoe | CAT | 420E-IT | AN02084 | 2012 |
| 1 | Backhoe | New Holland | LB75B | 31043865 | 2004 |
| 1 | Backhoe | New Holland | LB75B | 31046741 | 2004 |
| 1 | Backhoe | Kubota | L-45 | 51844 | 2014 |
| 1 | Backhoe | CAT | 420F-IT | JWJ02851 | 2015 |
| 1 | Backhoe | CAT | 430D-IT | ML04975 | 2004 |
| 1 | Backhoe | Allman | TBL-220 | 7T20005 | 2005 |
| 1 | Backhoe | CAT | 420F | KR02195 | 2013 |
| 1 | Backhoe | CAT | 420F-IT | JWJ03192 | 2015 |
| 1 | Backhoe | CAT | 420F-IT | JWJ03199 | 2015 |
| 1 | Mini Tractor Backhoe | Kubota | B21 | 64022 | 2005 |
| 1 | Mini Tractor Backhoe | Kubota | B21 | 63222 | 2005 |
| 1 | Backhoe | Kubota | L39 | 62999 | 2006 |
| 1 | Backhoe | CAT | 420F2-IT | WD00242 | 2015 |
| 1 | Backhoe | John Deere | 310SL | 284436 | 2015 |
| 1 | Backhoe | John Deere | 310SL | 316142 | 2017 |
| 1 | Backhoe | John Deere | 310SL | 316147 | 2017 |
| 1 | Mini Tractor Backhoe | Kubota | B26 | 51776 | 2008 |
| 1 | Mini Tractor Backhoe | Kubota | B21 | 64075 | 2005 |
| 1 | Excavator | John Deere | 135D | 302396 | 2011 |
| 1 | Excavator | CAT | 313B-CR | EX00540 | |
| 1 | Truck Lift | Mohawk | 24,000lb mobile column electric | | |
| 1 | Truck Lift | Mohawk | 24,000lb mobile column electric | | |
| 1 | Fusion Machine | | | 34933 | |
| 1 | Fusion Machine | | | 20610 | |

Case 19-25757-JNP Doc 337 Document Filed 01/23/20 Page 21 of 119 Entered 01/23/20 16:15:44 Desc

KLINE CONSTRUCTION CO., INC.

19-25757-JNP

SCHEDULE A/B, LINE 50

| Quantity | Type | Manufacturer | Model No. | Serial No. | Year/Age |
|---|---|---|---|---|---|
| 1 | Fusion Machine | | | 33683 | |
| 1 | Fusion Machine | | | 33685 | |
| 1 | Fusion Machine | | | 33689 | |
| 1 | Fusion Machine | | | 9560665 | |
| 1 | Fusion Machine | | | 34934 | |
| 1 | Fusion Machine | | | 9650664 | |
| 1 | Fusion Machine | | | 9690003 | |
| 1 | Fusion Machine | | | 9680001 | |
| 1 | Fusion Machine | | | 349936 | |
| 1 | Directional Drill | Ditch Witch | JT30 | DWPJT30XLJ0000302 | 2018 |
| 1 | Excavator | CAT | 325FLCR | 0NDJ20227 | 2018 |
| 1 | Concrete Saw | Stihl | TS420 Cutquik Concrete Saw | | 2013 |
| 1 | Air Compressor | Sullivan | 185 | 33781 | 2016 |
| 1 | Air Compressor | Sullivan | 185 | 100768 | 2013 |
| 1 | Air Compressor | Sullivan | 185 | 101626 | 2013 |
| 1 | Arrowboard | Wanco | Solar WTSP55 | 5C1SE101SE1003313 | 2007 |
| 1 | Arrowboard | Wanco | Solar WTSP55 | 5C1SE101181004588 | 2008 |
| 1 | Forklift | Terex | SS842 | 992477 | 1998 |
| 1 | Excavator | John Deere | 135D | | 2011 |
| 1 | Excavator | CAT | 313B-CR | | 1997 |
| 1 | Misc Equipment | Group | Tools,Jackhammers,Tampers, shop equip,etc | | Various |
| 1 | Tar Pot/Kettle | Aeroil | TAR-POT/KETTLE | 17131 | 1999 |
| 1 | Directional Drill | Ditch Witch | JT-6 2020 | 1DW23N8517Z2134 | 2005 |

Case 19-25757-JNP    Doc 321    Filed 01/21/20    Entered 01/21/20 16:15:44    Desc
Document    Page 22 of 119

| Debtor | Kline Construction Co., Inc. | Case number *(If known)* **19-25757-JNP** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Heavy Equipment (book value) - see attached list** | **$2,976,166.00** | **$2,976,166.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$11,207,591.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **124 Main Street, South Amboy, NJ 08879** | **Lease** | **Unknown** | | **Unknown** |
| 55.2. | **482 Houses Corner Road, Sparta, NJ 07871** | **Lease** | **Unknown** | | **Unknown** |
| 55.3. | **456 West Commodore Blvd., Jackson, NJ 08527** | **Lease** | **Unknown** | | **Unknown** |
| 55.4. | **240 Waveland Ave., Galloway, NJ 08205** | **Lease** | **Unknown** | | **Unknown** |
| 55.5. | **238 E. Waveland Ave., Galloway, NJ 08205** | **Lease** | **Unknown** | | **Unknown** |
| 55.6. | **243 Waveland Ave., Galloway, NJ** | **Lease** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number *(If known)* | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

| **Loan to former employee - Ms. Kern** | **1,725.00** - | **1,725.00** = | $0.00 |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

| **Loan to former employee - Ms. Tochterman** | **11,000.00** - | **11,000.00** = | $0.00 |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number *(If known)* | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

☐ Yes

| Debtor | **Kline Construction Co., Inc.** | Case number *(If known)* **19-25757-JNP** |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:#000;color:#fff">Part 12:</td><td>**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $192,343.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,841,816.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $400,957.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $191,940.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,207,591.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,834,647.18 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,834,647.18 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Kline Construction Co., Inc.**

United States Bankruptcy Court for the:    NEW JERSEY

Case number (if known)    **19-25757-JNP**

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Altec Capital Services, LLC** | **Describe debtor's property that is subject to a lien**<br>**All Altec leased and/or financed equipment** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**33 Inverness Center Pkwy.
Suite 200
Birmingham, AL
35242-4842**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/21/18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Axis Capital, Inc.** | **Describe debtor's property that is subject to a lien**<br>**Leased Equipment** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**308 N. Locust Street, Suite 100
Grand Island, NE 68801**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/6/15**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | | Case number *(if know)* | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its
☐ Disputed
relative
priority.

---

| 2.3 | **Axis Capital, Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**308 N. Locust Street, Suite 100**
**Grand Island, NE 68801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/8/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Equipment**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.4 | **Caterpillar Financial Services Corporati** | | | |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/12/15**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar 938K Wheel Loader**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.5 | **Caterpillar Financial Services Corporati** | | | |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Caterpillar 420FIT Backhoe Loader**

**Describe the lien**
**UCC-1**

Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  2 of 15

| Debtor | Kline Construction Co., Inc. | Case number (if know) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**
**12/29/15**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Caterpillar Financial Services Corporati** | | |
|---|---|---|---|
| | Creditor's Name | Unknown | Unknown |

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/5/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar 420FIT Backhoe Loader**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Caterpillar Financial Services Corporati** | | |
|---|---|---|---|
| | Creditor's Name | Unknown | Unknown |

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/21/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar 420FIT B ackhoe Loader**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | Case number (if know) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Caterpillar Financial Services Corporati** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2120 West End Avenue**
**Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/13/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar 325FLCR Hydraulic Excavator**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

---

| 2.9 | **CIT Bank, N.A.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**155 Commerce Way**
**Attn:  Amy Lavoie**
**Portsmouth, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018 Rampant Trailer**

**Describe the lien**
**Certificate of Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

---

| 2.1 0 | **Ditch Witch Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**475 Sansome Street, 19th Fl**
**NC-TR1-19-A**
**San Francisco, CA 94111**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Ditch Witch 410SX Vibratory Plows**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Unknown**            **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number (if know) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**1/14/16**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ditch Witch Financial Services** | | |
|---|---|---|---|

Creditor's Name

**475 Sansome Street, 19th Fl**
**NC-TR1-19-A**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/26/16**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Ditch Witch Single Frequency Tracker Packages TK Tracker**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown          Unknown

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ditch Witch Financial Services** | | |
|---|---|---|---|

Creditor's Name

**475 Sansome Street, 19th Fl**
**NC-TR1-19-A**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/22/16**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Ditch Witch Peak Receiers 150RP/150TX**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown          Unknown

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | Case number (if know) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

**2.1 3**

**Ditch Witch Financial Services**
Creditor's Name

**475 Sansome Street, 19th Fl**
**NC-TR1-19-A**
**San Francisco, CA 94111**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
**10/7/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**New Ditch Witch JT20 Directional Drill**



**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Unknown | Unknown |

---

**2.1 4**

**Ditch Witch Financial Services**
Creditor's Name

**475 Sansome Street, 19th Fl**
**NC-TR1-19-A**
**San Francisco, CA 94111**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
**5/18/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**New Ditch Witch Electronics TK Recon2**



**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Unknown | Unknown |

---

**2.1 5**

**Ford Motor Credit Company LLC**
Creditor's Name

**PO Box 680020 MD 610**
**Franklin, TN 37068**
Creditor's mailing address



Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2016 Ford F750**



**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

| | |
|---|---|
| Unknown | Unknown |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 15

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Kline Construction Co., Inc. | | Case number (if know) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**10/6/16**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Ford F-750** | | |

**PO Box 680020 MD 610**
**Franklin, TN 37068**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/6/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **John Deere Construction & Forestry Co** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **3 John Deere 310S Wheel Loader Backhoes** | | |

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/8/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **John Deere Construction & Forestry Co** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 7 of 15 |
|---|---|---|

Debtor    **Kline Construction Co., Inc.**
_____        Case number (if know)    **19-25757-JNP**
          Name

| | |
|---|---|
| Creditor's Name | **Ditch Witch JT30 Drill** |
| **6400 NW 86th Street** | |
| **Johnston, IA 50131** | |
| Creditor's mailing address | Describe the lien |
| | **UCC-1** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| **6/4/18** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.19 | **Magyar Bank** | Describe debtor's property that is subject to a lien | **$4,298,825.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **400 Somerset Street** | | | |
| | **New Brunswick, NJ 08901** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **SBA Loan** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | **11/16/2017** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| | | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.20 | **Magyar Bank** | Describe debtor's property that is subject to a lien | **$597,420.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **400 Somerset Street** | | | |
| | **New Brunswick, NJ 08901** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Promissory Note, Security Agreement** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | **11/17/2017** | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 8 of 15

| Debtor | Kline Construction Co., Inc. | Case number (if know) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Marlin Business Bank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Mack Cab and Chassis** | | |

**2795 E Cottonwood Pkwy**
**Salt Lake City, UT 84121**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/1/15**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Marlin Business Bank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Coil Pipe Trailer** | | |

**2795 E Cottonwood Pkwy**
**Salt Lake City, UT 84121**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/7/15**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Navitas Credit Corp.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | | Case number (if know) | **19-25757-JNP** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Creditor's Name | **Equipment/Personal Property** |
| --- | --- |

**201 Executive Center Drive, Suite 100
Attn: Leghton Bost, Recovery/Legal Mgr.
Columbia, SC 29210**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/6/17**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 4 | **Navitas Lease Corp ISAOA** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2005 Ford Truck**

**111 Executive Center Drive, Suite 102
Columbia, SC 29210**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/26/16**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 5 | **Navitas Lease Corp ISAOA** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2001 Ford Truck, 2006 Ford Truck, 2008 Ditch Witch JT1220 Mach 1 Directional Drill**

**111 Executive Center Drive, Suite 102
Columbia, SC 29210**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/11/16**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 10 of 15 |
| --- | --- | --- |

| Debtor | Kline Construction Co., Inc. | Case number (if know) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **PACCAR Financial Corp.** | | | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | |
|---|---|
| **PO Box 1518** | **Describe debtor's property that is subject to a lien** |
| **Attn:  Linda Markle, BK Specialist** | **2018 Peterbilt 567** |
| **Bellevue, WA 98009** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Certificate of Title** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **Prestige Capital** | | | $1,005,194.49 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | |
|---|---|
| **400 Kelby Street, 10th Floor** | **Describe debtor's property that is subject to a lien** |
| **Fort Lee, NJ 07024** | **All Assets of the Debtor** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Purchase and Sale Agreement** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **8/31/18** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **TD Equipment Financing** | | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|---|

---

| Debtor | Kline Construction Co., Inc. | | Case number (if know) | 19-25757-JNP |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**Equipment**

**1006 Astoria Boulevard**
**Cherry Hill, NJ 08034**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**1/26/15**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **Toyota Industries Commercial Finance, In** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**One 2016 HINO 155**

**PO Box 9050**
**Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**5/24/16**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **Toyota Industries Commercial Finance, In** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**New 2017 HINO 155**

**PO Box 9050**
**Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**7/13/17**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if know) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Toyota Industries Commercial Finance, In** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**2007 Mitsubishi FE140**                                    Unknown            Unknown

**PO Box 9050
Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/26/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Toyota Industries Commercial Finance, In** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**2017 268A**                                               Unknown            Unknown

**PO Box 9050
Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/26/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Toyota Industries Commercial Finance, In** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**HINO 268A**                                               Unknown            Unknown

**PO Box 9050
Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 13 of 15 |
|---|---|---|

Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | Case number (if know) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

UCC-1

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/26/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | Toyota Industries Commercial Finance, In | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2006 HINO 268A**

**PO Box 9050**
**Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/26/17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | Toyota Industries Commercial Finance, In | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**New 2019 Ford F450**

**PO Box 9050**
**Dallas, TX 75019-9050**

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/4/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Kline Construction Co., Inc.** | | Case number (if know) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

☐ **No**

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$5,901,439.49** |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Barry J. Roy, Esq.**<br>**Rabinowitz, Lubetkin & Tully LLC**<br>**293 Eisenhower Parkway, Suite 100**<br>**Livingston, NJ 07039** | Line  **2.27** | |
| **Deirdre M. Richards, Esquire**<br>**Fineman Krekstein & Harris PC**<br>**1801 Market Street, Suite 1100**<br>**Philadelphia, PA 19103** | Line  **2.26** | |
| **McCarter & English, LLP**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Newark, NJ 07102** | Line  **2.19** | |
| **McCarter & English, LLP**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Newark, NJ 07102** | Line  **2.20** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Kline Construction Co., Inc.** |
| United States Bankruptcy Court for the: | NEW JERSEY |
| Case number (if known) | **19-25757-JNP** |

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Anthony Grochowski**<br>**1309 Weymouth Road**<br>**Vineland, NJ 08360** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$34,080.40** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Chris Van Horn**<br>**8 Northwood Ave**<br>**Egg Harbor Township, NJ 08234** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$31,613.94** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **Potential Employee Claims** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    26264                    Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
| --- | --- | --- | --- |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,990.46 | Unknown |
|---|---|---|---|---|

**Christopher Freeman**
**519 Falcon Drive**
**Absecon, NJ 08201**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,817.14 | Unknown |
|---|---|---|---|---|

**Craig Sabbath**
**473 Chestnut Neck Road**
**Port Republic, NJ 08241**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,714.29 | Unknown |
|---|---|---|---|---|

**Daniel Mitchell**
**c/o Frank Rocco Schirripa, Esq**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,386.95 | Unknown |
|---|---|---|---|---|

**David Gandy**
**163 S. Main St.**
**POB 44**
**Elmer, NJ 08318**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,536.53 | Unknown |
|---|---|---|---|---|

**David Trujillo**
**4838 Bayberry Place**
**Mays Landing, NJ 08330**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,900.29 | Unknown |
|---|---|---|---|---|

**Derek Bush**
**109 Birch Ave**
**Egg Harbor Township, NJ 08234**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,653.79 | Unknown |
|---|---|---|---|---|

**Domenic Mazza**
**507 wilber Ave**
**Hammonton, NJ 08037**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35,544.95 | Unknown |
|---|---|---|---|---|

**Donald Taylor**
**c/o Frank Rocco Schirripa, Esq.**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,996.07 | Unknown |
|---|---|---|---|---|

**Fredrick Muchler**
**3017 Coles Mill Road**
**Franklinville, NJ 08322**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Annuity Pension Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,411,339.00 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,630.73 | Unknown |
|---|---|---|---|---|

**James Grams**
**2495 Tremont Ave**
**Egg Harbor Township, NJ 08234**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,102.40 | Unknown |
|---|---|---|---|---|

**Jason Houck**
**109 Birch Ave**
**Egg Harbor Township, NJ 08234**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|--------|----------------------------------|------------------------|------------------|
|        | Name                             |                        |                  |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,034.58 | Unknown |
|------|---|---|---|---|

**Jay Shaner**
**15 Isaacs Ln**
**Egg Harbor Township, NJ 08234**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,954.65 | Unknown |
|------|---|---|---|---|

**Jeremy King**
**127 Cape May Ave**
**Estell Manor, NJ 08319**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,050.20 | Unknown |
|------|---|---|---|---|

**Joanee Scarpa**
**124 E. Linden Ave**
**Collingswood, NJ 08108**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,641.74 | Unknown |
|------|---|---|---|---|

**John Beverly**
**c/o Frank Rocco Schirripa, Esq.**
**Hach Rose**
**112 Madison Ave., 10th Fl**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | | Case number (if known) | **19-25757-JNP** |
|--------|----------------------------------|--|------------------------|------------------|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,043.31 | Unknown |
|------|----------------------------------------------|-----------------------------------------------|------------|---------|

**John Kuchinski**
**227 Twin Lake Blvd.**
**Grenloch, NJ 08032**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,923.65 | Unknown |
|------|----------------------------------------------|-----------------------------------------------|------------|---------|

**Jonathan Smith**
**5702 Birch St**
**Mays Landing, NJ 08330**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,026.40 | Unknown |
|------|----------------------------------------------|-----------------------------------------------|-----------|---------|

**Jose Aponte Gonzalez**
**412 N. Elberon Ave**
**Atlantic City, NJ 08401**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,653.00 | Unknown |
|------|----------------------------------------------|-----------------------------------------------|-----------|---------|

**Joseph Shaw**
**703 10th Street**
**Somers Point, NJ 08244**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $995.00 | Unknown |
|---|---|---|---|---|
| | **Joshua Cassel**<br>**(Debtor has no record of address)** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $27,128.77 | Unknown |
|---|---|---|---|---|
| | **Juan Lopez**<br>**c/o Frank Rocco Schirripa, Esq**<br>**Hach Rose**<br>**112 Madison Ave**<br>**New York, NY 10016** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**McBride Litigation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.45 | Unknown |
|---|---|---|---|---|
| | **Justin McNamara**<br>**569 Michigan Ave**<br>**Brick, NJ 08724** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,192.00 | Unknown |
|---|---|---|---|---|
| | **Karolyn Tochterman**<br>**13 N. Curran Dr**<br>**Absecon, NJ 08201** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

---

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,360.00 | Unknown |
|---|---|---|---|---|

Katherine M. Penate
700 Chelsea Road
Absecon, NJ 08201-1621

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,514.60 | Unknown |
|---|---|---|---|---|

Kevin Cunningham
c/o Frank Rocco Schirripa, Esq
Hach Rose
112 Madison Ave., 10th Fl
New York, NY 10016

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,841.00 | Unknown |
|---|---|---|---|---|

Kevin Kline
317 Seventh Ave., Number 6
Asbury Park, NJ 07712

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,851.65 | Unknown |
|---|---|---|---|---|

Kyle Newman
1220 Middle Ave
Waterford Works, NJ 08089

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36,229.21 | Unknown |
|---|---|---|---|---|
| | **Manuel Martinez**<br>**c/o Frank Rocco Schirripa, Esq**<br>**Hach Rose**<br>**112 Madison Ave., 10th Fl**<br>**New York, NY 10016** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**McBride Litigation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,178.60 | Unknown |
|---|---|---|---|---|
| | **Mark Chew**<br>**439 Hurffville Grenloch Rd**<br>**Sewell, NJ 08080** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (3) | ■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,337.50 | Unknown |
|---|---|---|---|---|
| | **Mark Kraly**<br>**POB 731**<br>**Absecon, NJ 08201** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,645.48 | Unknown |
|---|---|---|---|---|
| | **Mark Puterbaugh, Sr.**<br>**137 Jordan Rd**<br>**Somers Point, NJ 08244** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,288.30 | Unknown |
|---|---|---|---|---|

**Michael Harrell**
**9 Pine Oak Dr**
**Atco, NJ 08004**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,371.93 | Unknown |
|---|---|---|---|---|

**Michael Hayes**
**526 8th Ave**
**Absecon, NJ 08205**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,306.12 | Unknown |
|---|---|---|---|---|

**Michael Veneziale**
**c/o Frank Rocco Schirripa, Esq.**
**Hach Rose**
**112 Madison Ave., 10th Fl**
**New York, NY 10016**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,017.63 | Unknown |
|---|---|---|---|---|

**Miguel Guzman III**
**432 N. Harding Highway**
**Vineland, NJ 08360**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.10 | Unknown |
|---|---|---|---|---|

**Nick Levinson**
**4299 Herbert Dr**
**Northfield, NJ 08225**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $812,117.37 | Unknown |
|---|---|---|---|---|

**NJ Dept. of Labor and Workforce**
**Dev.**
**Division of Employer Accounts**
**PO Box 379**
**Attn:  Barry Lafranco**
**Trenton, NJ 08625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**5/23/18**

Basis for the claim:
**Judgment (DJ-082484-2018)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213,563.09 | Unknown |
|---|---|---|---|---|

**NJ Dept. of Labor and Workforce**
**Dev.**
**Division of Employer Accounts**
**PO Box 379**
**Attn:  Barry Lafranco**
**Trenton, NJ 08625-0379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2/27/19**

Basis for the claim:
**Judgment (DJ-026410-2019)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NJ Division of Taxation**
**Pioneer Credit Recovery**
**PO Box 1009**
**Moorestown, NJ 08057-0909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|--------|----------------------------------|------------------------|------------------|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.05 | Unknown |
|------|-----------------|-----------------|---------|---------|

**Norman Gordy**
**298 W. Bayview Ave**
**Pleasantville, NJ 08232**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,020.35 | Unknown |
|------|-----------------|-----------------|------------|---------|

**Richard McBride**
**Attn:  Frank Rocco Schirripa, Esq.**
**Hach Rose Schirripa & Cheverie**
**LLP**
**112 Madison Avenue, 10th Floor**
**New York, NY 10016**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,304.06 | Unknown |
|------|-----------------|-----------------|----------|---------|

**Robert Lieberwirth**
**459 13th Street**
**Hammonton, NJ 08037**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,812.00 | Unknown |
|------|-----------------|-----------------|------------|---------|

**Robert Miller, Sr.**
**823 3rd St.**
**Somers Point, NJ 08244**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

- ■ No
- ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,624.06 | Unknown |
|---|---|---|---|---|

**Ryan Fennal**
**c/o Frank Rocco Schirripa, Esq.**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,155.91 | Unknown |
|---|---|---|---|---|

**Ryan Short**
**c/o Frank Rocco Schirripa, Esq**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,779.35 | Unknown |
|---|---|---|---|---|

**Scott Seibert**
**155 Woodlynne Ave**
**Pitman, NJ 08071**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,391.90 | Unknown |
|---|---|---|---|---|

**Shaun Hargraves**
**112 Fornataro Ave**
**Vineland, NJ 08360**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,263.33 | Unknown |
|---|---|---|---|---|

**Steven Gossage, Jr.**
**29 Koch Ave**
**Egg Harbor City, NJ 08215**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,415.61 | Unknown |
|---|---|---|---|---|

**Thomas Dockery**
**2642 S. 8th St**
**Philadelphia, PA 19148**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Thomas Monzo**
**c/o Frank Rocco Schirripa, Esq.**
**Hach Rose Schirripa & Cheverie**
**LLP**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,940.06 | Unknown |
|---|---|---|---|---|

**Victor Lamson**
**c/o Frank Rocco Schirripa, Esq**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,727.57 | Unknown |
|---|---|---|---|---|

**Wayne Grove**
**c/o Frank Rocco Schirripa, Esq**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | Unknown |
|---|---|---|---|---|

**William H. Kline Jr.**
**2550 Harbour Cove Road**
**Hutchinson, FL 34949**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,740.00 | Unknown |
|---|---|---|---|---|

**William M. Kline**
**449 Sea Horse Road**
**Brigantine, NJ 08203**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**William Monzo**
**176 E. Pump Branch**
**Waterford Works, NJ 08089**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,869.28 | Unknown |
|---|---|---|---|---|

**William Newman**
**c/o Frank Schirripa, Esq.**
**Hach Rose**
**112 Madison Ave, 10th Fl**
**New York, NY 10016**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**McBride Litigation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $901.70 | Unknown |
|---|---|---|---|---|

**William Nolan, III**
**238 40th St**
**Brigantine, NJ 08203**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,982.48 | Unknown |
|---|---|---|---|---|

**Zane Layton**
**530 Fishpond Rd**
**Glassboro, NJ 08028**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Employee Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**A-Jack's Towing & Recovery/Auto & Truck**
**1107 N. Tuckahoe Rd.**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,067.57** |
|---|---|---|---|

**A.E. Stone, Inc.**
**1435 Doughty Rd.**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,158.48** |
|---|---|---|---|

**Able Equipment Rental**
**1050 Grand Blvd.**
**Deer Park, NY 11729**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,714.00** |
|---|---|---|---|

**AC Kobie Electrical**
**2623 6th Ave.**
**Hammonton, NJ 08037**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,445.38** |
|---|---|---|---|

**Ace Oil Co.**
**150 North Chew Rd.**
**Hammonton, NJ 08037**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,001.70** |
|---|---|---|---|

**Advance Auto Parts**
**POB 742063**
**Atlanta, GA 30374-2063**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,632.27** |
|---|---|---|---|

**Al & Rich's**
**90 N. White Horse Pk.**
**Hammonton, NJ 08037**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,863.00** |
|---|---|---|---|

**All Cable Construction, LLC**
**POB 720**
**Sicklerville, NJ 08081**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,034.41 |
|---|---|---|---|

**Alldata**
**POB 848379**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,677.51 |
|---|---|---|---|

**Altec Industries, Inc.**
**210 Inverness Center Dr.**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,013.23 |
|---|---|---|---|

**Altec Nueco**
**POB 2153**
**Dept 3251**
**Birmingham, AL 35287**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,686.47 |
|---|---|---|---|

**American Asphalt Company, Inc.**
**116 Main St.**
**W. Collingswood Hgts., NJ 08059**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**American Express**
**POB 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American II, Inc.**
**3135 Rt. 50**
**Mays Landing, NJ 08330**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,203.07 |
|---|---|---|---|

**Ashcam Engineering Group**
 **Construction LLC**
**63 2nd Ave., Ste. 2**
**Trenton, NJ 08619**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,595.00** |
|---|---|---|---|

**Ashley's Landscaping Construction**
**429 Peach St.**
**Hammonton, NJ 08037**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.94** |
|---|---|---|---|

**Associated Truck Parts**
**1075 East Philadelphia Ave.**
**Gilbertsville, PA 19525**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,528.05** |
|---|---|---|---|

**Atlantic City Electric**
**5 Collins Drive, Ste 2133**
**Carneys Point, NJ 08069**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,812.42** |
|---|---|---|---|

**Atlantic Concrete Products Inc.**
**8900 Old Rte. 13**
**POB 129**
**Bristol, PA 19007-0098**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.20** |
|---|---|---|---|

**Atlantic Prime Turf LLC**
**404 E. Evans Blvd.**
**Brigantine, NJ 08203**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.44** |
|---|---|---|---|

**Atlas Flasher & Supply Co., Inc.**
**POB 488**
**Hereford, PA 18056-1208**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,854.45** |
|---|---|---|---|

**Auto Zone Store #4785**
**475 White Horse Pk.**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address

**Aztec Materials, LLC**
**POB 457**
**Hatboro, PA 19040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**Badger Daylighting Corp**
**PO Box 95000**
**Philadelphia, PA 19195**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Bank of America**
**POB 538625**
**Atlanta, GA 30353-8625**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$698.80**

---

**3.26** | Nonpriority creditor's name and mailing address

**Barrett Asphalt Corporation**
**7503 Weymouth Rd.**
**Hammonton, NJ 08037**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,446.59**

---

**3.27** | Nonpriority creditor's name and mailing address

**Batteries Plus Bulbs**
**900 Tilton Rd.**
**Suite 3**
**Northfield, NJ 08225**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$130.42**

---

**3.28** | Nonpriority creditor's name and mailing address

**Bentley Truck Services, Inc.**
**307 Heron Dr.**
**Swedesboro, NJ 08085**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,349.94**

---

**3.29** | Nonpriority creditor's name and mailing address

**Berco Inc.**
**5030 East Landis Ave.**
**Vineland, NJ 08360**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,126.00**

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.62 |
|---|---|---|---|

**Blue Diamond Inc.**
**POB 267**
**Succasunna, NJ 07876**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,185.00 |
|---|---|---|---|

**Borough of Audubon**
**606 W Nicholson Rd.**
**Audubon, NJ 08106**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Borough of Cape May Point**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.50 |
|---|---|---|---|

**Borough of Clayton**
**125 North Delsea Dr.**
**Clayton, NJ 08312**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,685.00 |
|---|---|---|---|

**Borough of Runnemede**
**24 N Black Horse Pk.**
**Runnemede, NJ 08078**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,325.51 |
|---|---|---|---|

**Bridgestate Foundry Corp.**
**175 Jackson Rd.**
**Berlin, NJ 08009**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,196.00 |
|---|---|---|---|

**Brothers Contreras LLC**
**444 Buffalo Ave.**
**Egg Harbor City, NJ 08215**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Burlington Safety**
**POB 1402**
**2009 Route 130**
**Burlington, NJ 08016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.00** |
|---|---|---|---|

**Butterhof's Farm & Home Supply**
**5715 White Horse Pike**
**Egg Harbor City, NJ 08215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,333.37** |
|---|---|---|---|

**C W Sales Corporation**
**199 South Forrest Ave.**
**Norristown, PA 19401-5205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.94** |
|---|---|---|---|

**Cam Co.**
**Egg Harbor Industrial Pk.**
**1310 Havana Ave.**
**Egg Harbor City, NJ 08215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Camden County Police Department**
**500 Federal St.**
**Camden, NJ 08101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$935.87** |
|---|---|---|---|

**Cape Digital Services, LLC**
**5 Taylor Ln.**
**Cape May, NJ 08204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,026.23** |
|---|---|---|---|

**Carney's Point Township Police Departmen**
**Attn: Finance Office**
**303 Harding Hwy.**
**Penns Grove, NJ 08069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,126.17** |
|---|---|---|---|

**Cartaynic Inc.**
**1916 Merrimac Dr.**
**Toms River, NJ 08753**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,693.76** |
|---|---|---|---|

**Caterina Supply, Inc.**
**1271 Glassboro Rd.**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**CCLENJ**
**UTCA**
**POB 4058**
**Allenwood, NJ 08720**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$242.52** |
|---|---|---|---|

**Certified Laboratories**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$246.85** |
|---|---|---|---|

**Chapman Ford Sales, Inc.**
**6750 Black Horse Pike**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,630.30** |
|---|---|---|---|

**Chiesa Shahinian & Giantomasi PC**
**1 Boland Dr.**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$543.75** |
|---|---|---|---|

**City of Atlantic City**
**1301 Bachrach Blvd.**
**Room 707**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.00** |
| | **City of Wildwood** | ☐ Contingent | |
| | **3700 New Jersey Ave.** | ☐ Unliquidated | |
| | **Wildwood, NJ 08260** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00** |
| | **City of Woodbury** | ☐ Contingent | |
| | **33 Delaware St.** | ☐ Unliquidated | |
| | **POB 180** | ■ Disputed | |
| | **Woodbury, NJ 08096** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$666.48** |
| | **Comcast** | ☐ Contingent | |
| | **POB 3001** | ☐ Unliquidated | |
| | **Southeastern, PA 19398-3001** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
| | **Concrete Cutting Systems Inc.** | ☐ Contingent | |
| | **2512 Orthodox ST.** | ☐ Unliquidated | |
| | **Philadelphia, PA 19137** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.49** |
| | **Crab Trap** | ☐ Contingent | |
| | **POB 214** | ☐ Unliquidated | |
| | **Somers Point, NJ 08244** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.52** |
| | **Craig Auto Radiator Warehouse** | ☐ Contingent | |
| | **POB 283** | ☐ Unliquidated | |
| | **Sewell, NJ 08080** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.61** |
| | **Daley's Pit** | ☐ Contingent | |
| | **356 Main St.** | ☐ Unliquidated | |
| | **POB 39** | ■ Disputed | |
| | **South Seaville, NJ 08246** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,500.00 |
|---|---|---|---|
| | David Cohen<br>2200 Atlantic Avenue<br>Longport, NJ 08403 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,295.50 |
|---|---|---|---|
| | Dennis Lasassa Jr. Plumbing LLC<br>895 12th St.<br>Hammonton, NJ 08037 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,075.52 |
|---|---|---|---|
| | Dimeglio Septic Inc.<br>491 S White Horse Pk.<br>Hammonton, NJ 08037 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090.00 |
|---|---|---|---|
| | DKD Property Management LLC<br>1014 WOodhill Ct.<br>Williamstown, NJ 08094 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | Drillers Service, Inc.<br>POB 403538<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,222.89 |
|---|---|---|---|
| | Earthech Contracting Inc.<br>2101 Rt. 610<br>Woodbine, NJ 08270 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.62 |
|---|---|---|---|
| | East Coast Terminals<br>267 Allen St.<br>Springfield, MA 01108 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $727.84 |
|---|---|---|---|

**East Greenwich Police**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.95 |
|---|---|---|---|

**Ed & Sons Glass Shop Inc.**
**619 E Main St.**
**Maple Shade, NJ 08052**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,710.00 |
|---|---|---|---|

**Egg Harbor Twp Police Dept.**
**3515 Bargaintown Rd.**
**Egg Harbor Township, NJ 08234**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|---|

**Elk Township Police**
**680 Whig Lane Road**
**Monroeville, NJ 08343**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.00 |
|---|---|---|---|

**Employment Publishing**
**175 Strafford Ave.**
**Suite 1**
**Wayne, PA 19087**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**F.W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730-1416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.26 |
|---|---|---|---|

**Farm-Rite Inc.**
**717 White Horse Pk.**
**Hammonton, NJ 08037**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315,544.10** |
|---|---|---|---|

**FCA Brothers Construction & Landscaping**
**1289 N Mill Rd.**
**Vineland, NJ 08360**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,623.58** |
|---|---|---|---|

**Ford Fleet Care**
**Dept 121801**
**POB 67000**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.95** |
|---|---|---|---|

**Francotyp-Postalia Mailing Solutions**
**POB 157**
**Bedford Park, IL 60499-0157**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,884.61** |
|---|---|---|---|

**Frank J. Fazzio & Sons, Inc.**
**458 Elwood Ave.**
**Pitman, NJ 08071-1294**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,861.26** |
|---|---|---|---|

**G. Davis Cable Inc.**
**306 Chelton Ave.**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gloria Meehan and John Meehan**
**c/o John M. Vlasac, Jr., Esq.**
**Vlasac & Shmaruk, LLC**
**485B Route 1 South, Suite 120**
**Iselin, NJ 08830**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.72** |
|---|---|---|---|

**Gold Metal Environmental**
**309 Salina Rd.**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$940.50** |
|---|---|---|---|

**GPS International Technologies Inc.**
**105 W 25th St.**
**Ste. L**
**National City, CA 91950**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$534.00** |
|---|---|---|---|

**Greater Atlantic City Chamber**
**12 South Virginia Ave.**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,801.00** |
|---|---|---|---|

**Guenther's Napa Auto Center**
**407 S. New Road**
**Pleasantville, NJ 08232**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$749.50** |
|---|---|---|---|

**Harrison Twp Police**
**Attn: Sgt. Richard W. Malinoski**
**137 North Main St.**
**Mullica Hill, NJ 08062**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,145.18** |
|---|---|---|---|

**Hayden's Towing and Repair Inc.**
**28 Demarest Rd.**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338.47** |
|---|---|---|---|

**Health & Welfare**
**6981 N. Park Dr.**
**Suite 400**
**Merchantville, NJ 08109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,851.55** |
|---|---|---|---|

**Henry's Grnd Hawg**
**205 Washington Ave.**
**Egg Harbor City, NJ 08215**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Hickok Communications, LLC**
**600 Route 9 North**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$13,696.80**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Holman Frenia Allison, P.C.**
**680 Hooper Ave.**
**Bldg. B, Ste. 201**
**Toms River, NJ 08753**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$9,390.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Home Depot Credit Services**
**2455 Paces Ferry Rd. NW**
**Atlanta, GA 30339**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$18,417.32**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Houpert Turck Service**
**POB 8**
**Berlin, NJ 08009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$2,500.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Huber Locksmith, Inc.**
**729 S. Main St.**
**Pleasantville, NJ 08232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$332.04**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Hunter Truck Sales & Service**
**2320 High Hill Rd.**
**Swedesboro, NJ 08085**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$1,429.59**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**IBEW Local 351 Pension Fund**
**c/o Steven J. Bushinsky, Esquire**
**509 S. Lenola Road, Bldg. 6**
**Moorestown, NJ 08057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$333,081.54**

---

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|
| | Name | | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.00 |
|---|---|---|
| **Insurance Office of America**<br>**220 Lake Drive East**<br>**Suite 304**<br>**Cherry Hill, NJ 08002** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,920.00 |
|---|---|---|
| **Intelligent Data Systems**<br>**275 Hillside Ave.**<br>**Williston Park, NY 11596** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475,607.00 |
|---|---|---|
| **IUOE Local 825 Benefit Funds**<br>**65 Springfield Avenue, 2nd Floor**<br>**Springfield, NJ 07081** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **J. Mielchen Splicing**<br>**325 Chestnut Ave.**<br>**Pleasantville, NJ 08232** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|
| **James R. Boney Associates**<br>**13 Stonemill Ct.**<br>**Egg Harbor Township, NJ 08234** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,139.20 |
|---|---|---|
| **Jan X-Ray Services Inc.**<br>**POB 29253**<br>**New York, NY 10087-9253** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.89 |
|---|---|---|
| **Jeff Milchen Jr.**<br>**325 Chestnut Ave**<br>**Pleasantville, NJ 08232** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number (*if known*) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,610.30** |
|---|---|---|---|

**Jerry's Auto Body, LLC**
**456 West Commodore Blvd.**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,547.75** |
|---|---|---|---|

**Jesco Inc.**
**1260 Centennial Ave**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,993.12** |
|---|---|---|---|

**Jesper Engines**
**POB 650**
**Jasper, IN 47547-0650**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.50** |
|---|---|---|---|

**JRP Oil Service, Inc.**
**POB 756**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,619.22** |
|---|---|---|---|

**Just Four Wheels, Inc.**
**POB 1086**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,332.79** |
|---|---|---|---|

**JV Installation Inc.**
**54 11th St.**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$798.00** |
|---|---|---|---|

**K&S Comfort Works LLC**
**967 East Malaga Road**
**Williamstown, NJ 08094**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | | | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,955.00**

**K-Con, LLC**
**1500 Mays Landing Rd.**
**Hammonton, NJ 08037**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,216.23**

**K. Moorea Co. d/b/a Traffic Plan**
**5300 Asbury Rd.**
**Farmingdale, NJ 07727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/24/2019**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kayla M. and Paul Gabadian**
**c/o Jared E. Drill, Esquire**
**The Vespi Law Firm**
**547 Union Boulevard, 2nd Fl.**
**Totowa, NJ 07512**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,449.92**

**Kennedy Culvert & Supply Co. Inc.**
**POB 841931**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,962.38**

**Kimball Midwest**
**Dept. L-2780**
**POB 2470**
**Columbus, OH 43260-2780**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00**

**Komatsu FInancial LMT Part**
**POB 99303**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,181.98**

**Komatsu Northeast**
**32970 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Kline Construction Co., Inc. | | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,214.00** |
|---|---|---|---|
| | **Lee Rain, Inc.**<br>**2079 E. Wheat Rd.**<br>**Vineland, NJ 08361** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,502.74** |
|---|---|---|---|
| | **Lighthouse Electrical Contractors**<br>**POB 352**<br>**Brigantine, NJ 08203** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$906.72** |
|---|---|---|---|
| | **Live Message America**<br>**POB 639236**<br>**Cincinnati, OH 45263-9236** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,514.00** |
|---|---|---|---|
| | **Local Teamsters 676**<br>**400 Franklin Ave., Suite 135**<br>**Phoenixville, PA 19460** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,828,082.47** |
|---|---|---|---|
| | **Local Union No. 472, 172**<br>**c/o Zazzali Fagella nowak et al**<br>**570 Broad Street, Suite 1402**<br>**Attn:  J. Zazalli, E. O'Hare**<br>**Newark, NJ 07102** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Judgments__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,597.38** |
|---|---|---|---|
| | **M&R Soil Investigation, Inc.**<br>**532 Old Marlton Pike W**<br>**Ste. 309**<br>**Marlton, NJ 08053** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Mabey Inc.**<br>**6770 Dorsey Rd.**<br>**Elkridge, MD 21075** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Kline Construction Co., Inc. | | Case number (if known) | 19-25757-JNP |
|---|---|---|---|---|
| | Name | | | |

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,650.00** |
|---|---|---|---|
| | **Master Locators Inc.** <br> **675 Concord Rd.** <br> **Glen Mills, PA 19342** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Mattiola Services LLC** <br> **2052 B Lucon Rd.** <br> **Skippack, PA 19474** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|
| | **McCarthy & Company, PC** <br> **417 Atlantic City Blvd.** <br> **POB 275** <br> **Beachwood, NJ 08722** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,485.47** |
|---|---|---|---|
| | **McCarthy Tire Serivce Co., Inc.** <br> **POB 1125** <br> **Wilkes Barre, PA 18703-1125** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.28** |
|---|---|---|---|
| | **McJunkin Red Man Corporation** <br> **POB 204392** <br> **Dallas, TX 75320-4392** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$286.00** |
|---|---|---|---|
| | **Metropolitan Truck Sales, Inc.** <br> **1360 Route 88** <br> **Lakewood, NJ 08701** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|
| | **Mobile Dredging & Video Pipe, INc.** <br> **3100 Bethel Rd.** <br> **Chester, PA 19013** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,523.66** |
|---|---|---|---|

**National Paving Co Inc.**
**POB 5**
**Berlin, NJ 08009**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,043.88** |
|---|---|---|---|

**Navigators Insurance Co.**
**POB 30864**
**New York, NY 10087-0864**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
|---|---|---|---|

**New Jersey American Water**
**POB 371331**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,064.00** |
|---|---|---|---|

**New Jersey State Polic**
**Fiscal Control Bureau-Revenue**
**POB 7068**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**New Jersey Utilities Association**
**50 W State St.**
**Ste. 1117**
**Trenton, NJ 08608**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
|---|---|---|---|

**NJBIA c/o NJM Bank**
**POB 1728**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,804.10** |
|---|---|---|---|

**Norris Sales Co.**
**1010 Conshohocken Rd.**
**Attn: Jill Hacker**
**Conshohocken, PA 19428**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (*if known*) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Oak Forest Mobile Home Park**<br>**4019 Ocean Heights Ave.**<br>**Egg Harbor Township, NJ 08234** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,533.58** |
|---|---|---|---|
| | **Orchard Hydraulics Inc.**<br>**POB 218**<br>**604 White Horse Pk.**<br>**Cologne, NJ 08213** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,148.75** |
|---|---|---|---|
| | **Paul J. Gillespie, Inc.**<br>**2565 Burnetta Dr.**<br>**Vineland, NJ 08360** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |
|---|---|---|---|
| | **Pendergast Safety Equipment Company**<br>**8400 Enterprise Ave.**<br>**Philadelphia, PA 19153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,358.23** |
|---|---|---|---|
| | **Pennoni**<br>**2 Aquarium Dr.**<br>**Ste. 320**<br>**Camden, NJ 08103** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.36** |
|---|---|---|---|
| | **Penns Grove Police**<br>**1 State St.**<br>**Penns Grove, NJ 08069** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294.30** |
|---|---|---|---|
| | **Pension Fund**<br>**6981 N. Park Dr.**<br>**Suite 400**<br>**Merchantville, NJ 08109** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,225.44 |
|---|---|---|---|
| | **Pepboys** | ☐ Contingent | |
| | **POB 8500-50445** | ☐ Unliquidated | |
| | **Philadelphia, PA 19178-0445** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,429.50 |
|---|---|---|---|
| | **PMB&B** | ☐ Contingent | |
| | **1201 New Rd.** | ☐ Unliquidated | |
| | **Ste. 204** | ■ Disputed | |
| | **Linwood, NJ 08221** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|
| | **Portock, Bye, Weiss & Co.** | ☐ Contingent | |
| | **2710 New Rd.** | ☐ Unliquidated | |
| | **POB 159** | ■ Disputed | |
| | **Northfield, NJ 08225** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.79 |
|---|---|---|---|
| | **Progas Inc.** | ☐ Contingent | |
| | **144 W. White Horse Pike** | ☐ Unliquidated | |
| | **Berlin, NJ 08009** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,608.92 |
|---|---|---|---|
| | **Purdy Automotive** | ☐ Contingent | |
| | **325 E White Horse Pk.** | ☐ Unliquidated | |
| | **Absecon, NJ 08205** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,357.19 |
|---|---|---|---|
| | **Purdy Collision** | ☐ Contingent | |
| | **805 3rd Ave** | ☐ Unliquidated | |
| | **Absecon, NJ 08205** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,471.02 |
|---|---|---|---|
| | **Quality Truck Center** | ☐ Contingent | |
| | **POB 511** | ☐ Unliquidated | |
| | **Absecon, NJ 08201** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Kline Construction Co., Inc.** | | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.45 |
|---|---|---|---|
| | **Quill/Tom Riggleman**<br>**7 Technology Circle**<br>**Columbia, SC 29203** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.30 |
|---|---|---|---|
| | **R.E. PIerson Materials Corp. Concrete**<br>**POB 704**<br>**Bridgeport, NJ 08014** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.56 |
|---|---|---|---|
| | **Rapid Trailer Parts Service, Inc.**<br>**301 E. Key Dr.**<br>**Absecon, NJ 08205** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,405.04 |
|---|---|---|---|
| | **Raritan Supply Company**<br>**POB 10120**<br>**New Brunswick, NJ 08906-0120** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.94 |
|---|---|---|---|
| | **Readyfresh by Nestle**<br>**POB 856192**<br>**Louisville, KY 40285-6192** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,094.88 |
|---|---|---|---|
| | **Reliable Equipment & Service Co., Inc.**<br>**POB 3009**<br>**Warminster, PA 18974** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|
| | **Richard McBride, et al.**<br>**Attn: Frank Rocco Schirripa, Esq.**<br>**Hach Rose Schirripa & Cheverie LLP**<br>**185 Madison Avenue, 14th Floor**<br>**New York, NY 10016** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Kline Construction Co., Inc.** | | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.63 |
|---|---|---|---|

**RID Pest Control**
**6715 Delilah Rd.**
**POB 1254**
**Pleasantville, NJ 08232**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,708.78 |
|---|---|---|---|

**Riggins Inc.**
**c/o Gruccio Pepper DeSanto & Ruth PA**
**817 E. Landis Ave**
**PO Box 1501**
**Vineland, NJ 08362**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Robert Miller, Sr.**
**823 3rd St.**
**Somers Point, NJ 08244**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,057.40 |
|---|---|---|---|

**Roberts Oxygen Company, Inc.**
**POB 5507**
**Rockville, MD 20855**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,213.86 |
|---|---|---|---|

**RPM Landscaping**
**POB 205**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,616.00 |
|---|---|---|---|

**S.P.A. Safety Systems LLC**
**278 Old Ledgewood Rd.**
**Flanders, NJ 07836**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Safegard Group, Inc.**
**100 Granite Drive, Suite 205**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Kline Construction Co., Inc. | | Case number (if known) | 19-25757-JNP |
|---|---|---|---|---|
| | Name | | | |

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,700.00** |
|---|---|---|---|
| | **Schaffer Nassar Scheidegg Consulting**<br>**1425 Cantillon Blvd.**<br>**Mays Landing, NJ 08330** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$583.44** |
|---|---|---|---|
| | **Seashore Asphalt Corp.**<br>**2451 Route 610**<br>**Woodbine, NJ 08270** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,668.85** |
|---|---|---|---|
| | **Seashore Associated Mechanical Inc.**<br>**360 S. Mannheim Ave.**<br>**Egg Harbor City, NJ 08215** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$433.21** |
|---|---|---|---|
| | **Shore Specialty Consultants, PA**<br>**POB 14000**<br>**Belfast, ME 04915-4033** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,427.95** |
|---|---|---|---|
| | **Skyblitz Inc.**<br>**200 South Wacker Drive. Suite 1800**<br>**Attn:  Lawrence Henshaw**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120.00** |
|---|---|---|---|
| | **South Jersey Gas**<br>**POB 6091**<br>**Bellmawr, NJ 08099-6091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190.35** |
|---|---|---|---|
| | **South Jersey Paper Products**<br>**2400 Industrial Way**<br>**Vineland, NJ 08360** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$280.00** |
|---|---|---|---|

**South Jersey Sanitation**
**POB 1224**
**Hammonton, NJ 08037**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.49** |
|---|---|---|---|

**South Jersey Welding Supply Co.**
**POB 658**
**Maple Shade, NJ 08052**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,881.09** |
|---|---|---|---|

**South State Materials**
**POB 68**
**Bridgeton, NJ 08302**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$473.94** |
|---|---|---|---|

**Steckel's**
**633 Water St.**
**Belvidere, NJ 07823**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Steiner Law Office**
**1210 S. Main St**
**Pleasantville, NJ 08232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,241.86** |
|---|---|---|---|

**Superior Splicing**
**40 Prestwick Ct.**
**Royersford, PA 19468**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,825.14** |
|---|---|---|---|

**Swan Pump & Supply Co.**
**POB 6396**
**Freehold, NJ 07728**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Kline Construction Co., Inc.** | | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Tars & Stripes Asphalt**
**304 White Horse Pk.**
**Waterford Works, NJ 08089**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,580.00 |
|---|---|---|---|

**TD Bank**
**601 White Horse Pike**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Visa Card**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,625.00 |
|---|---|---|---|

**The Transportation Advisor, Inc.**
**POB 558**
**Palmer, MA 01069**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,290.00 |
|---|---|---|---|

**Township of Gloucester**
**Christie Ehret, Treasurer**
**POB 8**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**Township of Pennsauken**
**5605 N. Crescent Blvd.**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,318.00 |
|---|---|---|---|

**Township of Voorhees**
**2400 Voorhees Town Center**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Townsquare Media-AC**
**POB 28055**
**New York, NY 10087-8055**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,594.00** |
|---|---|---|---|
| | **Traffic Safety Service LLC** | ☐ Contingent | |
| | **601 Hadley Rd.** | ☐ Unliquidated | |
| | **South Plainfield, NJ 07080** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,334.84** |
|---|---|---|---|
| | **Transaxle, LLC** | ☐ Contingent | |
| | **2501 Rt. 73 South** | ☐ Unliquidated | |
| | **POB 2306** | ☑ Disputed | |
| | **Riverton, NJ 08077** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$757.55** |
|---|---|---|---|
| | **Tri State Industrial Supply INc.** | ☐ Contingent | |
| | **POB 352** | ☐ Unliquidated | |
| | **West Berlin, NJ 08091** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,894.25** |
|---|---|---|---|
| | **Tri-State Cable Services, LLC** | ☐ Contingent | |
| | **80 Jefferson St.** | ☐ Unliquidated | |
| | **Metuchen, NJ 08840** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,772.92** |
|---|---|---|---|
| | **Troil Enterprises LLC** | ☐ Contingent | |
| | **2485 East State St. Ext.** | ☐ Unliquidated | |
| | **Trenton, NJ 08619** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,803.18** |
|---|---|---|---|
| | **Trotta Catv Construction Co.** | ☐ Contingent | |
| | **952 Churchtown Rd.** | ☐ Unliquidated | |
| | **Middletown, DE 19709** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,256.41** |
|---|---|---|---|
| | **Turtle & Hughes Inc.** | | |
| | **c/o Cohen, Seglias, Pallas, Greenhall** | ☐ Contingent | |
| | **30 S. 17th Street, 19th Fl** | ☐ Unliquidated | |
| | **Attn:  Evan A. Blaker** | ☑ Disputed | |
| | **Philadelphia, PA 19103** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Kline Construction Co., Inc.** | | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **U.S. Premium Finance** | ☐ Contingent | |
| | **280 Technology Parkway Suite 200** | ☑ Unliquidated | |
| | **Norcross, GA 30092** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,483.12** |
|---|---|---|---|
| | **United Rentals** | ☐ Contingent | |
| | **POB 100711** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-0711** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|
| | **UPS** | ☐ Contingent | |
| | **PO Box 7247-0244** | ☐ Unliquidated | |
| | **Philadelphia, PA 19170-0001** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,050.00** |
|---|---|---|---|
| | **UTCA** | ☐ Contingent | |
| | **POB 728** | ☐ Unliquidated | |
| | **Allenwood, NJ 08720** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,093.83** |
|---|---|---|---|
| | **Val-U Auto Parts** | ☐ Contingent | |
| | **1613 White Horse Pk.** | ☐ Unliquidated | |
| | **Egg Harbor City, NJ 08215** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,071.61** |
|---|---|---|---|
| | **Verizon** | ☐ Contingent | |
| | **POB 4830** | ☐ Unliquidated | |
| | **Trenton, NJ 08650** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Verizon New Jersey, Inc.** | ☑ Contingent | |
| | **One Verizon Way** | ☑ Unliquidated | |
| | **Basking Ridge, NJ 07920** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Kline Construction Co., Inc.** | Case number (if known) | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,963.38** |
|---|---|---|---|

**Verizon Wireless**
**POB 25505**
**Lehigh Valley, PA 18002-5505**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,170.00** |
|---|---|---|---|

**Verizon Wireless**
**POB 25505**
**Lehigh Valley, PA 18002-5505**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,318.00** |
|---|---|---|---|

**Voorhees Township Olice**
**1180 White Horse Rd.**
**Voorhees, NJ 08043**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,484.26** |
|---|---|---|---|

**W.B. Mason**
**POB55840**
**Boston, MA 02205-5840**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**Waste Mangement of NJ**
**PO Box 13648**
**Philadelphia, PA 19101**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248.31** |
|---|---|---|---|

**Watchung Spring Water Co, Inc.**
**POB 3019**
**Lakewood, NJ 08701**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Westampton Township Police Dept.**
**Sgt. Stephen Ent**
**710 Rancocas Rd.**
**Mount Holly, NJ 08060**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Kline Construction Co., Inc.** | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,190.00 |
|---|---|---|---|

**Wildwood Police Dept.**
**4400 New Jersey Ave**
**Wildwood, NJ 08260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,478.44 |
|---|---|---|---|

**Winslow Hot Mix LLC**
**1435 Doughty Rd.**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,192.96 |
|---|---|---|---|

**Wurth USA Inc.**
**POB 415889**
**Boston, MA 02241-5889**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,191.46 |
|---|---|---|---|

**Xylem Dewatering Solution, Inc.**
**26717 Network Pl.**
**Chicago, IL 60673-1267**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew L. Salvatore, Esquire**<br>**Andrew L. Salvatore, LLC**<br>**203 West Chestnut Street, Floor 3**<br>**West Chester, PA 19380** | Line **3.197**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bressler-Duyk**<br>**60 State Highway 27**<br>**Edison, NJ 08820-3908** | Line **3.129**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **DeCotiis, Fitzpatrick, Cole & Giblin LLP**<br>**500 Frank W. Burr Blvd. Suite 31**<br>**Glenpointe Centre West**<br>**Teaneck, NJ 07666** | Line **3.95**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Jeffrey H. Ward, Esq.**<br>**2 Village Ct.**<br>**Hazlet, NJ 07730** | Line **3.44**<br><br>☐ Not listed. Explain ____ | __ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Kline Construction Co., Inc.** | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Joseph D. Lento**<br>**Optimum Law Group**<br>**300 Atrium Way, Suite 200**<br>**Mount Laurel, NJ 08054** | Line **3.155**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Kreiser & Associates, PC**<br>**1300 Lawrence Road**<br>**Attn:  Travis L. Kreiser**<br>**Havertown, PA 19083** | Line **3.134**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Law Offices of Brian D. Heun**<br>**PO Box 299**<br>**Linwood, NJ 08221** | Line **3.76**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Michael V. Elward, Esquire**<br>**1 Radar Way**<br>**Tinton Falls, NJ 07724** | Line **3.108**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **O'Brien, Belland & Bushinsky, LLC**<br>**509 S. Lenola Road, Building 6**<br>**Moorestown, NJ 08057** | Line **3.92**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Riker Danzig Scherer Hyland & Perretti**<br>**One Speedwell Avenue**<br>**Attn;  Anthony J. Zarillo, Jr.**<br>**Morristown, NJ 07962-1981** | Line **3.161**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Ward Shindle & Hall**<br>**196 Grove Avenue, Suite A**<br>**Attn:  M. Brian Hall**<br>**West Deptford, NJ 08086** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Zazzali, Fagella, Nowak, et al.**<br>**Attn:  Edward H. O'Hare, Esquire**<br>**570 Broad Street, Suite 1402**<br>**Newark, NJ 07102** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 3,300,888.98 |
| **5b. Total claims from Part 2** | 5b. | + $ | 11,363,151.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,664,040.84 |

**Fill in this information to identify the case:**

Debtor name  **Kline Construction Co., Inc.**

United States Bankruptcy Court for the:  NEW JERSEY

Case number (if known)  **19-25757-JNP**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease No. 217149, 223497** |
| State the term remaining | **Altec Capital Services, LLC** |
| List the contract number of any government contract | **33 Inverness Center Pkwy. Suite 200 Birmingham, AL 35242-4842** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **All Altec leased and/or financed equipment** |
| State the term remaining | **Axis Capital, Inc.** |
| List the contract number of any government contract | **308 N. Locust Street, Suite 100 Grand Island, NE 68801** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Premises - 125 Main Street, South Amboy, NJ** |
| State the term remaining | **Bob/John McKeon** |
| List the contract number of any government contract | **125 Main Street South Amboy, NJ 08879** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 243 Waveland Ave., Galloway, NJ** |
| State the term remaining | **Brighton Properties LLC** |
| List the contract number of any government contract | **240 Waveland Ave Galloway, NJ 08205** |

| Debtor 1 | **Kline Construction Co., Inc.** | | Case number (*if known*) | **19-25757-JNP** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - Caterpillar 938K Wheel Loader S/N SWL04124** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - 1 Caterpillar Hydraulic Excavator, S/N NDJ20227** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Caterpillar 420FIT Backhoe Loader** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2 Caterpillar 420FIT Backhoe Loaders** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Rampant Trailer** | |
|---|---|---|---|
| | State the term remaining | | **CIT Bank, N.A. 155 Commerce Way Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - Rampant Trailers** | |
|---|---|---|---|
| | State the term remaining | | **Direct Capital 155 Commerce Way Portsmouth, NH 03801** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Kline Construction Co., Inc.** | | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | | government contract | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Ditch Witch 410SX Vibratory Plows** | |
| | State the term remaining | | **Ditch Witch Financial Services** |
| | List the contract number of any government contract | | **475 Sansome Street, 19th Fl NC-TR1-19-A San Francisco, CA 94111** |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Ditch Witch Single Frequency Tracker Packages TK Tracker** | |
| | State the term remaining | | **Ditch Witch Financial Services** |
| | List the contract number of any government contract | | **475 Sansome Street, 19th Fl NC-TR1-19-A San Francisco, CA 94111** |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Ditch Witch Peak Receivers 150RP/150TX** | |
| | State the term remaining | | **Ditch Witch Financial Services** |
| | List the contract number of any government contract | | **475 Sansome Street, 19th Fl NC-TR1-19-A San Francisco, CA 94111** |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **New Ditch Witch JT20 Directional Drill** | |
| | State the term remaining | | **Ditch Witch Financial Services** |
| | List the contract number of any government contract | | **475 Sansome Street, 19th Fl NC-TR1-19-A San Francisco, CA 94111** |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **New Ditch Witch Electronics TK Recon2** | |
| | State the term remaining | | **Ditch Witch Financial Services** |
| | List the contract number of any government contract | | **475 Sansome Street, 19th Fl NC-TR1-19-A San Francisco, CA 94111** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Financing Agreement No. 379-0873388004 and 005** | **Ditchwitch Financial Services POB 7167 Pasadena, CA 91109-7167** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Kline Construction Co., Inc.**
  First Name          Middle Name          Last Name

Case number *(if known)*   **19-25757-JNP**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Ford F750** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ford Motor Credit Company LLC**<br>**PO Box 680020 MD 610**<br>**Franklin, TN 37068** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Ford F-750** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ford Motor Credit Company LLC**<br>**PO Box 680020 MD 610**<br>**Franklin, TN 37068** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 482 Houses Corner Road, Sparta, NJ** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grinnell Enterprises, Inc.**<br>**482 Houses Corner Rd.**<br>**Sparta, NJ 07871** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises - Jackson, NJ storage/office space** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jerry's Auto Body, LLC**<br>**456 West Commodore Blvd.**<br>**Jackson, NJ 08527** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - 3 2017 John Deere 310SL Loader Backhoes** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **John Deere Construction & Forestry Co**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Kline Construction Co., Inc. | | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Ditch Witch JT30 Drill** | |
|---|---|---|---|
| | State the term remaining | | **John Deere Construction & Forestry Co** |
| | List the contract number of any government contract | | **6400 NW 86th Street**<br>**Johnston, IA 50131** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - 2006 Flatbed BR89650, 2007 Morgan Dry Van Body** | |
|---|---|---|---|
| | State the term remaining | | **Just Four Wheels, Inc.** |
| | List the contract number of any government contract | | **609 W. White Horese Pike**<br>**Egg Harbor City, NJ 08215-3741** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises - 240 Waveland Ave., Galloway Twp., NJ 08203** | |
|---|---|---|---|
| | State the term remaining | | **Kline & Kline** |
| | List the contract number of any government contract | | **240 Waveland Ave.**<br>**Galloway, NJ 08205** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Mack Cab and Chassis** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Business Bank** |
| | List the contract number of any government contract | | **2795 E Cottonwood Pkwy**<br>**Salt Lake City, UT 84121** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Coil Pipe Trailer** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Business Bank** |
| | List the contract number of any government contract | | **POB 13604**<br>**Philadelphia, PA 19101-3604** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease - Backhoes** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Credit Corp.** |
| | List the contract number of any | | **201 Executive Center Drive, Suite 100**<br>**Columbia, SC 29210** |

| Debtor 1 | **Kline Construction Co., Inc.** | | | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment/Personal Property** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Credit Corp.** |
| | List the contract number of any government contract | | **201 Executive Center Drive, Suite 100 Columbia, SC 29210** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **2005 Ford Truck** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Lease Corp ISAOA** |
| | List the contract number of any government contract | | **111 Executive Center Drive, Suite 102 Columbia, SC 29210** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **2001 Ford TGruck, 2006 Ford Truck, 2008 Ditch Witch JT1220 Mach 1 Directional Drill** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Lease Corp ISAOA** |
| | List the contract number of any government contract | | **111 Executive Center Drive, Suite 102 Columbia, SC 29210** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement - 2018 Peterbilt 567 w/Beau Body** | |
|---|---|---|---|
| | State the term remaining | | **PACCAR Financial Corp.** |
| | List the contract number of any government contract | | **POB 1518 Attn:  Linda Markle, BK Specialist Bellevue, WA 98009** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - 2018 Ford F450 SD** | |
|---|---|---|---|
| | State the term remaining | | **Quality Truck Center** |
| | List the contract number of any government contract | | **609 W. White Horse Pike Egg Harbor City, NJ 08215** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** | **TD Equipment Financing 1006 Astoria Boulevard Cherry Hill, NJ 08034** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Kline Construction Co., Inc.** | | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **2016 HINO 155** | |
|---|---|---|---|
|  | State the term remaining | | **Toyota Industries Commercial Finance, In PO Box 9050 Dallas, TX 75019-9050** |
|  | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **2017 HINO 155** | |
|---|---|---|---|
|  | State the term remaining | | **Toyota Industries Commercial Finance, In PO Box 9050 Dallas, TX 75019-9050** |
|  | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **2007 Mitsubishi FE140** | |
|---|---|---|---|
|  | State the term remaining | | **Toyota Industries Commercial Finance, In PO Box 9050 Dallas, TX 75019-9050** |
|  | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **2017 268A** | |
|---|---|---|---|
|  | State the term remaining | | **Toyota Industries Commercial Finance, In PO Box 9050 Dallas, TX 75019-9050** |
|  | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **HINO 268A** | |
|---|---|---|---|
|  | State the term remaining | | **Toyota Industries Commercial Finance, In PO Box 9050 Dallas, TX 75019-9050** |
|  | List the contract number of any government contract | | |

| Debtor 1 | Kline Construction Co., Inc. | | | Case number *(if known)* | **19-25757-JNP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **2006 HINO 268A** | |
|---|---|---|---|
| | State the term remaining | | **Toyota Industries Commercial Finance, In** |
| | List the contract number of any government contract | | **PO Box 9050**<br>**Dallas, TX 75019-9050** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Ford F450** | |
|---|---|---|---|
| | State the term remaining | | **Toyota Industries Commercial Finance, In** |
| | List the contract number of any government contract | | **PO Box 9050**<br>**Dallas, TX 75019-9050** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises - 238 E. Waveland, Galloway, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Ventnor Realty Management**<br>**c/o Brad Simon** |
| | List the contract number of any government contract | | **Just Four Wheels, Inc.**<br>**609 W White Horse Pike**<br>**Egg Harbor City, NJ 08215-3741** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises at 822 Glassboro Road, Williamstown, NJ 08094** | |
|---|---|---|---|
| | State the term remaining | | **West Realty LLC** |
| | List the contract number of any government contract | | **240 Waveland Ave.**<br>**Galloway, NJ 08205** |

**Fill in this information to identify the case:**

Debtor name    **Kline Construction Co., Inc.**

United States Bankruptcy Court for the:    NEW JERSEY

Case number (if known)    **19-25757-JNP**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $14,959,308.76 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $30,301,045.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $32,897,819.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | Kline Construction Co., Inc. | | Case number (if known) | **19-25757-JNP** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **To be provided** | | **$0.00** | |
| 4.2.  **To be provided** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Verizon New Jersey, Inc. v.**<br>**Kline Construction Co., Inc.**<br>**and Atlantic Infratrac, LLC**<br>**BUR-DC-005128-19** | **Civil** | **Superior Court of NJ,**<br>**Burlington County**<br>**49 Rancocas Road**<br>**Mount Holly, NJ 08060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# Attachment to Statement of Financial Affairs

# No. 3.1 – List of 90 Day Payments

| Vendor | Check Number | Date | Amount |
|---|---|---|---|
| **JEFF MIELCHEN** | | | |
| | 62434 | 5/17/2019 | 1,948.49 |
| **Subcontractor- Comcast Jobs** | 63262 | 5/24/2019 | 2,016.91 |
| | 63885 | 5/31/2019 | 2,041.73 |
| | 63971 | 6/3/2019 | 207.89 |
| | 64442 | 6/7/2019 | 2,078.00 |
| | 64988 | 6/14/2019 | 2,009.65 |
| | 65529 | 6/21/2019 | 2,050.96 |
| | 65975 | 6/28/2019 | 2,075.33 |
| | 66356 | 7/5/2019 | 1,400.00 |
| | 66806 | 7/12/2019 | 2,130.05 |
| | 67239 | 7/19/2019 | 1,928.68 |
| | 67604 | 7/26/2019 | 2,048.56 |
| | 68230 | 8/1/2019 | 2,043.21 |
| | 68658 | 8/8/2019 | 2,000.00 |
| | | | 25,979.46 |
| **CATERINA SUPPLY** | | | |
| | 63377 | 5/29/2019 | 245.51 |
| **Vendor- Materials** | 63939 | 6/3/2019 | 346.53 |
| | 64318 | 6/6/2019 | 30,844.00 |
| | 65346 | 6/18/2019 | 430.00 |
| | 68218 | 8/1/2019 | 11,324.20 |
| | 68565 | 8/7/2019 | 9,510.95 |
| | 68731 | 8/12/2019 | 960.32 |
| | | | 53,661.51 |
| **KENNEDY CULVERT & SUPPLY** | | | |
| | 62602 | 5/20/2019 | 4,150.90 |
| **Vendor- Materials** | 51899 | 5/22/2019 | 349.73 |
| | 63941 | 6/3/2019 | 368.92 |
| | 65367 | 6/19/2019 | 1,983.95 |
| | | | 6,853.50 |
| **JESCO INC** | | | |
| | 62426 | 5/17/2019 | 2,589.31 |
| **Vendor- Parts** | 63255 | 5/24/2019 | 2,500.00 |
| | 63950 | 6/3/2019 | 2,000.00 |
| | 64469 | 6/10/2019 | 2,500.00 |
| | 65025 | 6/17/2019 | 2,500.00 |
| | 65586 | 6/22/2019 | 905.79 |
| | 66325 | 7/3/2019 | 702.73 |
| | 66795 | 7/12/2019 | 775.30 |
| | | | 14,473.13 |
| **HICKOK COMMUNICATIONS, LLC** | | | |
| | 62593 | 5/20/2019 | 3,122.80 |
| **Subcontractor- Comcast Jobs** | 63362 | 5/28/2019 | 3,370.30 |
| | 63951 | 6/3/2019 | 3,856.30 |
| | 64471 | 6/10/2019 | 4,455.00 |
| | 65026 | 6/17/2019 | 3,579.30 |
| | 65895 | 6/26/2019 | 3,032.80 |
| | 66355 | 7/5/2019 | 2,085.40 |
| | 66805 | 7/12/2019 | 2,152.50 |
| | 67238 | 7/19/2019 | 1,729.10 |

|  |  | 67603 | 7/26/2019 | 2,012.50 |
|  |  | 68229 | 8/1/2019 | 2,107.10 |
|  |  | 686657 | 8/8/2019 | 2,629.20 |
|  |  |  |  | 34,132.30 |
| **ALL CABLE CONSTRUCTION** |  |  |  |  |
|  |  | 62594 | 5/20/2019 | 4,240.00 |
| **Subcontractor- Comcast Jobs** |  | 63363 | 5/28/2019 | 2,500.00 |
|  |  | 63952 | 6/3/2019 | 2,500.00 |
|  |  | 64472 | 6/10/2019 | 2,000.00 |
|  |  | 64994 | 6/14/2019 | 2,345.75 |
|  |  | 65027 | 6/17/2019 | 2,500.00 |
|  |  | 65896 | 6/26/2019 | 1,800.00 |
|  |  | 67240 | 7/19/2019 | 2,000.00 |
|  |  | 67605 | 7/26/2019 | 2,500.00 |
|  |  | 68231 | 8/1/2019 | 2,000.00 |
|  |  | 68651 | 8/8/2019 | 3,000.00 |
|  |  |  |  | 27,385.75 |
| **MCCARTHY TIRE SERVICE** |  |  |  |  |
|  |  | 62598 | 5/20/2019 | 1,615.15 |
| **Vendors- Parts for Vehicles & Equipment** |  | 63267 | 5/24/2019 | 1,383.87 |
|  |  | 63955 | 6/3/2019 | 1,217.60 |
|  |  | 65531 | 6/21/2019 | 717.71 |
|  |  | 66809 | 7/12/2019 | 1,133.95 |
|  |  | 68325 | 8/5/2019 | 2,109.09 |
|  |  | 68659 | 8/8/2019 | 883.29 |
|  |  |  |  | 9,060.66 |
| **TURTLE & HUGHES INC** |  |  |  |  |
|  |  | 62442 | 5/17/2019 | 2,500.00 |
| **Vendor- Materials** |  | 63268 | 5/24/2019 | 2,351.63 |
|  |  | 63956 | 6/3/2019 | 2,000.00 |
|  |  | 64474 | 6/10/2019 | 2,591.85 |
|  |  | 65030 | 6/17/2019 | 2,591.85 |
|  |  | 65537 | 6/21/2019 | 2,542.41 |
|  |  | 65984 | 6/28/2019 | 4,970.00 |
|  |  | 67244 | 7/19/2019 | 4,745.70 |
|  |  | 67610 | 7/26/2019 | 3,783.25 |
|  |  | 68749 | 8/12/2019 | 5,570.89 |
|  |  |  |  | 33,647.58 |
| **TRI STATE CABLE SERVICES** |  |  |  |  |
|  |  | 62600 | 5/20/2019 | 3,758.00 |
| **Subcontractor- Comcast Jobs** |  | 63365 | 5/28/2019 | 3,025.00 |
|  |  | 63958 | 6/3/2019 | 3,751.25 |
|  |  | 64475 | 6/10/2019 | 3,292.00 |
|  |  | 65031 | 6/17/2019 | 3,549.40 |
|  |  | 65898 | 6/26/2019 | 3,340.00 |
|  |  | 66823 | 7/12/2019 | 2,125.00 |
|  |  | 67246 | 7/19/2019 | 2,517.25 |
|  |  | 67614 | 7/26/2019 | 2,537.00 |
|  |  | 67725 | 7/29/2019 | 2,047.25 |
|  |  | 68235 | 8/1/2019 | 2,866.25 |
|  |  | 68673 | 8/8/2019 | 4,087.00 |
|  |  |  |  | 36,895.40 |

**METROPOLITAN TRUCK SALES**

|  |  |  |
|---|---|---|
|  | 62405 | 5/16/2019 | 287.73 |
| **Vendor- Parts for Equipem** | 62406 | 5/16/2019 | 1,795.83 |
|  | 62900 | 5/22/2019 | 549.03 |
|  | 63960 | 6/3/2019 | 4,997.47 |
|  |  |  | 7,630.06 |

**PENNONI**

|  |  |  |  |
|---|---|---|---|
|  | 62449 | 5/17/2019 | 2,148.65 |
| **Vendor - engineer for Comcast jobs** | 63303 | 5/24/2019 | 2,500.00 |
|  | 63964 | 6/3/2019 | 2,500.00 |
|  | 64476 | 6/10/2019 | 2,500.00 |
|  | 65032 | 6/17/2019 | 2,555.81 |
|  | 65991 | 6/28/2019 | 1,476.77 |
|  |  |  | 13,681.23 |

**ABLE EQUIPMENT RENTAL**

|  |  |  |  |
|---|---|---|---|
|  | 62450 | 5/17/2019 | 2,653.75 |
| **Vendor - Crash Truck Rentals** | 63304 | 5/24/2019 | 2,345.75 |
|  | 63965 | 6/3/2019 | 2,345.75 |
|  | 64460 | 6/7/2019 | 2,653.75 |
|  | 65519 | 6/21/2019 | 2,345.75 |
|  | 65992 | 6/28/2019 | 2,345.75 |
|  | 66826 | 7/12/2019 | 1,064.33 |
|  | 67714 | 7/29/2019 | 2,000.00 |
|  | 68257 | 8/2/2019 | 2,345.75 |
|  | 68649 | 8/8/2019 | 1,953.75 |
|  |  |  | 22,054.33 |

**NORRIS SALES**

|  |  |  |  |
|---|---|---|---|
| **Vendors - Parts for Vehicles & Equipment** | 64009 | 6/4/2019 | 7,518.06 |
|  | 64455 | 6/7/2019 | 1,093.45 |
|  |  |  | 8,611.51 |

**RPM LANDSCAPING**

|  |  |  |  |
|---|---|---|---|
|  | 62436 | 5/17/2019 | 10,490.00 |
| **Subcontractor-Old Debt** | 62596 | 5/20/2019 | 10,125.00 |
|  | 63264 | 5/24/2019 | 11,645.00 |
|  | 63887 | 5/31/2019 | 10,377.50 |
|  | 64010 | 6/4/2019 | 5,080.00 |
|  | 64444 | 6/7/2019 | 12,880.00 |
|  | 64990 | 6/14/2019 | 10,400.00 |
|  | 65536 | 6/21/2019 | 10,570.00 |
|  | 65977 | 6/28/2019 | 10,692.15 |
|  | 66357 | 7/5/2019 | 4,034.74 |
|  | 66720 | 7/10/2019 | 17,655.95 |
|  | 67241 | 7/19/2019 | 4,204.77 |
|  | 67607 | 7/26/2019 | 2,025.88 |
|  | 68648 | 8/8/2019 | 3,500.00 |
|  |  |  | 123,680.99 |

**ALTEC**

|  |  |  |  |
|---|---|---|---|
|  | 64057 | 6/4/2019 | 4,546.00 |
| **Vendor - Rental for Trucks** | 65916 | 6/26/2019 | 10,346.30 |
|  |  |  | 14,892.30 |

**JERRY'S AUTO BODY**

| | | | |
|---|---|---|---|
| **Rent S. Amboy Yard** | **63302** | **5/24/2019** | **1,077.25** |
| | 64065 | 6/4/2019 | 2,000.00 |
| | 64336 | 6/6/2019 | 602.83 |
| | 66846 | 7/12/2019 | 2,000.00 |
| | 67802 | 7/30/2019 | 1,354.89 |
| | | | 7,034.97 |
| **JOHN DEERE** | | | |
| **Lease/Equipment Monthly** | 63335 | 5/24/2019 | 6,104.62 |
| | 64066 | 6/4/2019 | 8,085.00 |
| | 65922 | 6/26/2019 | 6,149.74 |
| | | | 20,339.36 |
| **MERCEDES BENZ FINANCIAL** | | | |
| **Lease - Ron Muchnick** | 64067 | 6/4/2019 | 495.00 |
| **Lease - Ed Kline** | 64629 | 6/12/2019 | 2,091.58 |
| **Lease - Kathie Kline** | 64630 | 6/12/2019 | 1,385.00 |
| **Lease - Ron Muchnick** | 66847 | 7/12/2019 | 495.00 |
| **Lease - Ed Kline** | 66852 | 7/12/2019 | 2,091.58 |
| **Lease - Kathie Kline** | 66853 | 7/12/2019 | 1,385.00 |
| **Lease - Not sure** | 67612 | 7/26/2019 | 1,830.00 |
| | | | 9,773.16 |
| **BRUCE A. WHITLOCK** | | | |
| **Subcontractor - Weekly** | 62220 | 5/16/2019 | 1,150.00 |
| **Subcontractor - Weekly + Extra** | 62963 | 5/23/2019 | 1,375.00 |
| **Subcontractor - Weekly + Extra** | 63590 | 5/30/2019 | 1,375.00 |
| **Subcontractor - Weekly + Extra** | 64244 | 6/6/2019 | 1,375.00 |
| **Subcontractor - Weekly + Extra** | 64863 | 6/13/2019 | 1,375.00 |
| **Subcontractor - Weekly** | 65385 | 6/20/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 65934 | 6/27/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 66282 | 7/3/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 66721 | 7/11/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 67176 | 7/18/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 67401 | 7/25/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 67980 | 8/1/2019 | 1,150.00 |
| **Subcontractor - Weekly** | 68364 | 8/8/2019 | 1,150.00 |
| | | | 15,850.00 |
| **Ron Samarro** | 62221 | 5/16/2019 | 8,000.00 |
| **Ron Samarro** | 62964 | 5/23/2019 | 8,000.00 |
| **Ron Samarro** | 64245 | 6/6/2019 | 8,000.00 |
| **Ron Samarro** | 64864 | 6/13/2019 | 8,000.00 |
| **Chargebacks** | 64958 | 6/14/2019 | 20,785.24 |
| **Ron Samarro** | 65386 | 6/20/2019 | 8,000.00 |
| **Ron Samarro** | 65935 | 6/27/2019 | 8,000.00 |
| **Ron Samarro** | 66283 | 7/3/2019 | 8,000.00 |
| **Ron Samarro** | 67291 | 7/22/2019 | 8,000.00 |
| **Ron Samarro** | 67402 | 7/25/2019 | 8,000.00 |
| **Ron Samarro** | 67993 | 8/1/2019 | 8,000.00 |
| **Ron Samarro** | 68365 | 8/8/2019 | 8,000.00 |
| | | | 108,785.24 |
| **RR MUCHNICK LLC** | | | |
| **HR Sub Contractor Weekly** | 62223 | 5/16/2019 | 1,485.00 |
| | 62966 | 5/23/2019 | 1,485.00 |

|  |  | 63592 | 5/30/2019 | 1,485.00 |
|---|---|---|---|---|
|  |  | 64247 | 6/6/2019 | 1,485.00 |
|  |  | 64866 | 6/13/2019 | 1,485.00 |
|  |  | 65388 | 6/20/2019 | 1,485.00 |
|  |  | 65937 | 6/27/2019 | 1,485.00 |
|  |  | 66285 | 7/3/2019 | 1,485.00 |
|  |  | 66724 | 7/11/2019 | 1,485.00 |
|  |  | 67167 | 7/18/2019 | 1,485.00 |
|  |  | 67404 | 7/25/2019 | 1,485.00 |
|  |  | 67982 | 8/1/2019 | 1,485.00 |
|  |  | 68367 | 8/8/2019 | 1,485.00 |
|  |  |  |  | 19,305.00 |
| **DAVID COHEN** |  |  |  |  |
| **Loan payments weekly** |  | 62224 | 5/16/2019 | 10,000.00 |
|  |  | 62967 | 5/23/2019 | 10,000.00 |
|  |  | 63593 | 5/30/2019 | 10,000.00 |
|  |  | 64248 | 6/6/2019 | 10,000.00 |
|  |  | 64867 | 6/13/2019 | 10,000.00 |
|  |  | 65389 | 6/20/2019 | 10,000.00 |
|  |  | 65938 | 6/27/2019 | 10,000.00 |
|  |  | 66286 | 7/3/2019 | 10,000.00 |
|  |  | 66725 | 7/11/2019 | 10,000.00 |
|  |  | 67168 | 7/18/2019 | 10,000.00 |
|  |  | 67405 | 7/25/2019 | 10,000.00 |
|  |  | 67983 | 8/1/2019 | 10,000.00 |
|  |  | 68368 | 8/8/2019 | 10,000.00 |
|  |  |  |  | 130,000.00 |
| **NORRIS SALES CO** |  |  |  |  |
| **Vendor-Tools/Equip** |  | 64316 | 6/6/2019 | 354.75 |
|  |  | 64875 | 6/13/2019 | 10,706.09 |
|  |  |  |  | 11,060.84 |
| **ATLANTIC CITY ELECTRIC** |  |  |  |  |
| **Utility Bills** |  | 63282 | 5/24/2019 | 222.69 |
|  |  | 63283 | 5/24/2019 | 161.14 |
|  |  | 63284 | 5/24/2019 | 300.02 |
|  |  | 63285 | 5/24/2019 | 9.96 |
|  |  | 63286 | 5/24/2019 | 453.45 |
|  |  | 63287 | 5/24/2019 | 427.38 |
|  |  | 63288 | 5/24/2019 | 645.08 |
|  |  | 63289 | 5/24/2019 | 148.22 |
|  |  | 63290 | 5/24/2019 | 1,299.85 |
|  |  | 63291 | 5/24/2019 | 87.03 |
|  |  | 63292 | 5/24/2019 | 102.80 |
|  |  | 63293 | 5/24/2019 | 48.96 |
|  |  | 63294 | 5/24/2019 | 105.14 |
|  |  | 93295 | 5/24/2019 | 49.51 |
|  |  | 64413 | 6/7/2019 | 118.47 |
|  |  | 64414 | 6/7/2019 | 205.45 |
|  |  | 64415 | 6/7/2019 | 441.57 |
|  |  | 64416 | 6/7/2019 | 562.96 |
|  |  | 64417 | 6/7/2019 | 70.22 |
|  |  | 64418 | 6/7/2019 | 452.84 |

|  | 64419 | 6/7/2019 | 400.72 |
|---|---|---|---|
|  | 64420 | 6/7/2019 | 1,232.86 |
|  | 64421 | 6/7/2019 | 88.64 |
|  | 64422 | 6/7/2019 | 168.39 |
|  | 64423 | 6/7/2019 | 82.53 |
|  | 66812 | 7/12/2019 | 656.89 |
|  | 67261 | 7/19/2019 | 203.12 |
|  | 67262 | 7/19/2019 | 303.69 |
|  | 67263 | 7/19/2019 | 1,546.23 |
|  | 67264 | 7/19/2019 | 119.09 |
|  | 67265 | 7/19/2019 | 609.91 |
|  | 67266 | 7/19/2019 | 379.54 |
|  | 67267 | 7/19/2019 | 66.61 |
|  | 67268 | 7/19/2019 | 550.50 |
|  | 67269 | 7/19/2019 | 16.28 |
|  | 67270 | 7/19/2019 | 820.02 |
|  | 67271 | 7/19/2019 | 6.30 |
|  | 67272 | 7/19/2019 | 333.39 |
|  | 67273 | 7/19/2019 | 144.53 |
|  | 68215 | 8/1/2019 | 301.62 |
|  |  |  | 13,943.60 |
| **TD BANK** |  |  |  |
| **these are bank fees for Atlantic City Electric CCV** | 62446 | 5/17/2019 | 527.14 |
| **payments and for wire fees from Prestige** | 62466 | 5/17/2019 | 1,987.93 |
| **payments and/or David Cohen loan** | 62485 | 5/18/2019 | 15.00 |
|  | 62487 | 5/18/2019 | 160.00 |
|  | 63184 | 5/22/2019 | 15.00 |
|  | 63373 | 5/25/2019 | 846.38 |
|  | 63901 | 5/29/2019 | 15.00 |
|  | 67645 | 5/30/2019 | 15.00 |
|  | 63900 | 5/31/2019 | 1,923.26 |
|  | 64436 | 6/7/2019 | 786.52 |
|  | 64437 | 6/7/2019 | 897.93 |
|  | 64496 | 6/8/2019 | 9,589.20 |
|  | 65058 | 6/15/2019 | 1,362.65 |
|  | 65473 | 6/17/2019 | 2,078.49 |
|  | 65291 | 6/18/2019 | 15.00 |
|  | 65591 | 6/22/2019 | 160.20 |
|  | 66014 | 6/29/2019 | 6,399.87 |
|  | 66373 | 7/2/2019 | 15.00 |
|  | 66374 | 7/6/2019 | 1,478.20 |
|  | 66955 | 7/10/2019 | 15.00 |
|  | 66820 | 7/12/2019 | 286.34 |
|  | 66821 | 7/12/2019 | 592.73 |
|  | 66946 | 7/15/2019 | 1,781.11 |
|  | 66957 | 7/15/2019 | 160.00 |
|  | 68313 | 7/31/2019 | 8,778.65 |
|  | 68317 | 7/31/2019 | 60.00 |
|  | 68219 | 8/1/2019 | 870.90 |
|  | 68220 | 8/1/2019 | 143.93 |
|  | 68322 | 8/2/2019 | 423.31 |
|  | 67812 | 8/5/2019 | 6,263.04 |

|  | 68385 | 8/6/2019 | 15.00 |
|---|---|---|---|
|  | 68750 | 8/12/2019 | 19,880.00 |
|  |  |  | 67,557.78 |
| **INSURANCE OFFICE OF AMERICA** |  |  |  |
| **Bond Company** | 62880 | 5/21/2019 | 250.00 |
|  | 64439 | 6/7/2019 | 8,886.00 |
|  |  |  | 9,136.00 |
| **G. DAVIS CABLE INC** |  |  |  |
| **Subcontractor-Comcast Jobs** | 62431 | 5/17/2019 | 4,439.95 |
|  | 63258 | 5/24/2019 | 4,042.98 |
|  | 63882 | 5/31/2019 | 3,018.08 |
|  | 64440 | 6/7/2019 | 2,613.08 |
|  | 64985 | 6/14/2019 | 3,395.38 |
|  | 65526 | 6/21/2019 | 3,539.68 |
|  | 65971 | 6/28/2019 | 3,836.91 |
|  | 66354 | 7/5/2019 | 1,932.05 |
|  | 66798 | 7/12/2019 | 2,513.14 |
|  | 67235 | 7/19/2019 | 2,522.75 |
|  | 67236 | 7/19/2019 | 2,522.75 |
|  | 67599 | 7/26/2019 | 3,054.03 |
|  | 68224 | 8/1/2019 | 2,178.94 |
|  | 68655 | 8/8/2019 | 2,898.20 |
|  |  |  | 42,507.92 |
| **HENRY'S GRIND** |  |  |  |
| **Subcontractor-Comcast Jobs** | 62433 | 5/17/2019 | 1,824.00 |
|  | 63261 | 5/24/2019 | 2,805.00 |
|  | 63884 | 5/31/2019 | 3,307.50 |
|  | 64441 | 6/7/2019 | 2,850.00 |
|  | 64987 | 6/14/2019 | 3,510.00 |
|  | 65527 | 6/21/2019 | 3,780.00 |
|  | 65974 | 6/28/2019 | 3,195.00 |
|  | 66804 | 7/12/2019 | 1,800.00 |
|  | 67237 | 7/19/2019 | 2,526.50 |
|  | 67602 | 7/26/2019 | 2,038.50 |
|  | 68228 | 8/1/2019 | 2,179.00 |
|  | 68656 | 8/8/2019 | 2,666.00 |
|  |  |  | 32,481.50 |
| **ACE OIL CO** |  |  |  |
| **Vendor - Fuel Delivery** | 62439 | 5/17/2019 | 6,603.22 |
|  | 63266 | 5/24/2019 | 9,372.48 |
|  | 63889 | 5/31/2019 | 5,149.74 |
|  | 64445 | 6/7/2019 | 5,927.08 |
|  | 64992 | 6/14/2019 | 5,505.25 |
|  | 65520 | 6/21/2019 | 6,258.00 |
|  | 65982 | 6/28/2019 | 6,373.53 |
|  | 66808 | 7/12/2019 | 5,634.57 |
|  | 67243 | 7/19/2019 | 8,845.97 |
|  | 67609 | 7/26/2019 | 5,127.85 |
|  | 68233 | 8/1/2019 | 5,694.52 |
|  | 68650 | 8/8/2019 | 6,254.89 |
|  |  |  | 76,747.10 |

**RIGGINS INC**

| Vendor - Fuel Delivery | | | |
|---|---|---|---|
| | 62443 | 5/17/2019 | 4,210.50 |
| | 63271 | 5/24/2019 | 3,326.77 |
| | 63890 | 5/31/2019 | 3,472.02 |
| | 64446 | 6/7/2019 | 4,648.85 |
| | 64993 | 6/14/2019 | 3,478.80 |
| | 65535 | 6/21/2019 | 3,978.44 |
| | 65987 | 6/28/2019 | 3,981.60 |
| | 66811 | 7/12/2019 | 4,680.77 |
| | 67245 | 7/19/2019 | 1,860.60 |
| | 67611 | 7/26/2019 | 3,945.40 |
| | 68234 | 8/1/2019 | 4,601.58 |
| | 68661 | 8/8/2019 | 4,205.95 |
| | | | 46,391.28 |
| **A.E. STONE** | | | |
| materials for job | 62443 | 5/17/2019 | 1,114.73 |
| | 63269 | 5/24/2019 | 753.81 |
| | 64456 | 6/7/2019 | 1,110.70 |
| | 65518 | 6/21/2019 | 552.33 |
| | 65985 | 6/28/2019 | 1,277.03 |
| | 69060 | 8/13/2019 | 2,530.33 |
| | | | 7,338.93 |
| **UNIVERSAL PREMIUM** | | | |
| Vendor - fuel credit card | 63248 | 5/28/2019 | 12,134.51 |
| | 64495 | 6/10/2019 | 14,835.97 |
| | 65900 | 6/26/2019 | 14,127.98 |
| | 66487 | 7/9/2019 | 14,386.57 |
| | 67378 | 7/24/2019 | 10,548.81 |
| | 68773 | 8/12/2019 | 6,715.58 |
| | | | 72,749.42 |
| **TROTTA CATV CONSTRUCTION** | | | |
| sub for Comcast | 63260 | 5/24/2019 | 3,607.00 |
| | 63883 | 5/31/2019 | 4,000.00 |
| | 64470 | 6/10/2019 | 3,746.53 |
| | 67236 | 7/19/2019 | 2,268.64 |
| | 67601 | 7/26/2019 | 3,000.00 |
| | 68227 | 8/1/2019 | 2,000.00 |
| | 68665 | 8/8/2019 | 2,500.00 |
| | | | 21,122.17 |
| **KOMATSU NORTHEAST** | | | |
| excavator rental | 64477 | 6/10/2019 | 8,103.50 |
| **HOUPERT TRUCK SERVICE** | | | |
| | 64531 | 6/11/2019 | 1,889.02 |
| | 65528 | 6/21/2019 | 2,873.35 |
| | 65988 | 6/28/2019 | 847.54 |
| | 67613 | 7/26/2019 | 2,500.00 |
| | | | 8,109.91 |
| **MCCARTHY AND COMPANY CPA's** | | | |
| | 64590 | 6/12/2019 | 5,000.00 |
| December 31, 2018 Financial Statements | 65973 | 6/28/2019 | 1,350.00 |
| Corporate, Personal and Trusts Tax Returns. | 66801 | 7/12/2019 | 2,000.00 |
| | 67600 | 7/26/2019 | 4,150.00 |

|  |  | 68226 | 8/1/2019 | 5,000.00 |
|---|---|---|---|---|
| **March 31, 2019 Financial Statement** | | 68324 | 8/5/2019 | 5,000.00 |
| **Assistance with Budget 13 week CR and CD** | | 68849 | 8/13/2019 | 14,000.00 |
|  |  |  |  | 36,500.00 |
|  |  |  |  |  |
| **HOME DEPOT CREDIT CARD** | | | | |
| **materials for jobs** | | 63778 | 5/30/2019 | 5,081.39 |
| **KMKP credit card** | | 64911 | 6/13/2019 | 1,749.51 |
| **materials for jobs** | | 67325 | 7/23/2019 | 2,077.02 |
| **materials for jobs** | | 67400 | 7/23/2019 | 3,155.89 |
|  |  |  |  | 12,063.81 |
|  |  |  |  |  |
| **NJ FAMILY SUPPORT** | | | | |
| **child support weekly** | | 62236 | 5/16/2019 | 1,944.00 |
|  |  | 63162 | 5/23/2019 | 1,872.00 |
|  |  | 63643 | 5/30/2019 | 1,964.00 |
|  |  | 65402 | 6/20/2019 | 1,853.00 |
|  |  | 65864 | 6/27/2019 | 1,853.00 |
|  |  | 66297 | 7/3/2019 | 1,665.00 |
|  |  | 66366 | 7/5/2019 | 188.00 |
|  |  | 66711 | 7/11/2019 | 1,853.00 |
|  |  | 66934 | 7/15/2019 | 538.00 |
|  |  | 66935 | 7/15/2019 | 387.38 |
|  |  | 67160 | 7/18/2019 | 1,315.00 |
|  |  | 67410 | 7/25/2019 | 1,367.62 |
|  |  | 67988 | 8/1/2019 | 1,853.00 |
|  |  | 68380 | 8/8/2019 | 1,763.00 |
|  |  |  |  | 20,416.00 |
| **HORIZON BLUE CROSS** | | | | |
| **health ins** | | 62806 | 5/20/2019 | 1,467.58 |
|  |  | 62807 | 5/20/2019 | 23,829.10 |
|  |  | 65515 | 6/21/2019 | 733.79 |
|  |  | 65517 | 6/21/2019 | 15,602.98 |
|  |  | 68311 | 7/22/2019 | 0.30 |
|  |  | 67293 | 7/22/2019 | 21,331.18 |
|  |  | 68743 | 8/13/2019 | 18,814.13 |
|  |  |  |  | 81,779.06 |
| **RARITAN SUPPLY COMPANY** | | | | |
| **materials for jobs** | | 62882 | 5/21/2019 | 4,372.91 |
|  |  | 65534 | 6/21/2019 | 907.51 |
|  |  | 65993 | 6/28/2019 | 1,000.00 |
|  |  | 68645 | 8/8/2019 | 3,000.00 |
|  |  |  |  | 9,280.42 |
| **US PREMIUM FINANCE** | | | | |
| **Insurance finance** | | 65540 | 5/31/2019 | 148,217.75 |
|  |  | 67653 | 6/24/2019 | 116,591.84 |
|  |  | 67179 | 7/18/2019 | 111,626.49 |
|  |  |  |  | 376,436.08 |
| **S.P.A SAFTEY SYSTEMS** | | | | |
| **payment plan - tma rentals** | | 63367 | 5/28/2019 | 10,000.00 |
|  |  | 65891 | 6/26/2019 | 10,000.00 |
|  |  |  |  | 20,000.00 |
| **NFS** | | | | |
| **life insurance** | | 65893 | 6/26/2019 | 4,800.00 |

| | 57288 | 7/22/2019 | 4,950.00 |
|---|---|---|---|
| | | | 9,750.00 |
| **NJ MOTOR VEHICLE** | | | |
| **registrations** | 63714 | 5/30/2019 | 6,034.50 |
| | 65894 | 6/26/2019 | 8,129.50 |
| | 67803 | 7/30/2019 | 5,039.50 |
| | | | 19,203.50 |
| **CHIESA SHAHINIAN** | | | |
| **Tobia legal** | 62597 | 5/20/2019 | 10,351.79 |
| | 65978 | 6/28/2019 | 10,000.00 |
| | 67242 | 7/19/2019 | 10,042.50 |
| | 67608 | 7/26/2019 | 9,768.40 |
| | 68232 | 8/1/2019 | 7,738.84 |
| | 68654 | 8/8/2019 | 10,000.00 |
| | 68851 | 8/13/2019 | 10,000.00 |
| | | | 67,901.53 |
| **MASS MUTUAL** | | | |
| | 63370 | 5/28/2019 | 3,026.15 |
| | 65998 | 6/28/2019 | 3,026.15 |
| | 67719 | 7/29/2019 | 3,026.15 |
| | | | 9,078.45 |
| **NAVITAS** | | | |
| **monthly leases** | 63902 | 6/3/2019 | 4,445.15 |
| | 66052 | 7/2/2019 | 4,445.15 |
| | 68239 | 8/2/2019 | 4,445.15 |
| | | | 13,335.45 |
| **PRTRANS** | | | |
| **payroll fund transfers** | 62471 | 5/16/2019 | 113,000.00 |
| | 62472 | 5/16/2019 | 33,000.00 |
| | 63328 | 5/23/2019 | 101,000.00 |
| | 63329 | 5/23/2019 | 39,000.00 |
| | 63710 | 5/30/2019 | 112,000.00 |
| | 63711 | 5/30/2019 | 43,000.00 |
| | 64342 | 6/6/2019 | 77,000.00 |
| | 64343 | 6/6/2019 | 53,000.00 |
| | 64554 | 6/11/2019 | 5,000.00 |
| | 64933 | 6/13/2019 | 109,000.00 |
| | 64934 | 6/13/2019 | 41,000.00 |
| | 65462 | 6/20/2019 | 93,000.00 |
| | 65463 | 6/20/2019 | 33,000.00 |
| | 65949 | 6/27/2019 | 107,000.00 |
| | 65950 | 6/27/2019 | 37,000.00 |
| | 66337 | 7/3/2019 | 50,000.00 |
| | 66338 | 7/3/2019 | 40,000.00 |
| | 66360 | 7/5/2019 | 50,000.00 |
| | 66855 | 7/11/2019 | 78,000.00 |
| | 66856 | 7/11/2019 | 33,500.00 |
| | 66947 | 7/16/2019 | 25,000.00 |
| | 67192 | 7/18/2019 | 10,000.00 |
| | 67193 | 7/18/2019 | 100,000.00 |
| | 67590 | 7/25/2019 | 98,000.00 |
| | 67591 | 7/25/2019 | 9,000.00 |

|  |  | 68280 | 8/1/2019 | 115,000.00 |
|  |  | 68281 | 8/2/2019 | 11,000.00 |
|  |  | 68713 | 8/7/2019 | 100,000.00 |
|  |  | 68714 | 8/7/2019 | 12,000.00 |
|  |  |  |  | 1,727,500.00 |
| **MATRIX** |  |  |  |  |
| **Prestige Money Matrix-CONTRA** |  | 64462 | 6/7/2019 | 1,220.55 |
|  |  | 64958 | 6/14/2019 | 20,785.24 |
|  |  |  |  | 22,005.79 |
| **AMERICAN EXPRESS** |  |  |  |  |
| **Company Plum Card** |  | 66320 | 7/4/2019 | 20,464.53 |
| **SAFEGAURD GROUP** |  |  |  |  |
| **Payment for down payment loan** |  | 66794 | 7/12/2019 | 10,000.00 |
|  |  | 67234 | 7/19/2019 | 10,371.00 |
|  |  | 67598 | 7/26/2019 | 10,000.00 |
|  |  | 68223 | 8/1/2019 | 10,000.00 |
|  |  | 68662 | 8/8/2019 | 10,000.00 |
|  |  |  |  | 50,371.00 |
| **MAGYAR BANK** |  |  |  |  |
| **SBA Loan and LOC** |  | 63398 | 5/29/2019 | 55,000.00 |
|  |  | 63403 | 5/29/2019 | 1,000.00 |
|  |  | 66963 | 7/17/2019 | 2,000.00 |
|  |  |  |  | 58,000.00 |
| **L. FERIOZZI** |  |  |  |  |
| **payroll 172** |  | 68252 | 8/2/2019 | 30,600.00 |
| **NEW JERSEY** |  |  |  |  |
| **tax payments** |  | 62894 | 5/22/2019 | 45,000.00 |
|  |  | 68748 | 8/12/2019 | 5,544.00 |
|  |  |  |  | 50,544.00 |
| **A.C. MILLER CONCRETE** |  |  |  |  |
| **Vendor - Concrete jobs** |  | 62592 | 5/20/2019 | 10,234.00 |
| **CINCINNATI INSURANCE** |  |  |  |  |
| **Damages for jobs** |  | 62601 | 5/20/2019 | 11,403.11 |
| **XYLEM DEWATERING SOLUTION** |  |  |  |  |
| **Vendor-pump rentals/hoses/atlanticare job** |  | 62878 | 5/21/2019 | 13,477.80 |
| **C.W. SALES CORPORATION** |  |  |  |  |
| **Vendor-Sub pumps for job** |  | 62881 | 5/21/2019 | 9,297.52 |

| Debtor | Kline Construction Co., Inc. | | Case number *(if known)* | **19-25757-JNP** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Laborers' Local Union Nos. 472 & 172, et al. v. Kline Construction Co., Inc.**<br>**19-cv-16275** | **Civil** | **U.S. District Court, District of NJ**<br>**Mitchell H. Cohen Building/US Courthouse**<br>**4th & Cooper Streets**<br>**Camden, NJ 08101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds v. Kline Construction Co., Inc., et al.**<br>**19-12219** | **Civil** | **U.S. District Court, District of NJ**<br>**Mitchell H. Cohen Building/US Courthouse**<br>**4th & Cooper Streets**<br>**Camden, NJ 08101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Richard McBride, et al. v. Kline Construction Co., Inc., et al.**<br>**19-14275** | **Civil** | **U.S. District Court, District of NJ**<br>**Mitchell H. Cohen Building/US Courthouse**<br>**4th & Cooper Streets**<br>**Camden, NJ 08101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Cartaynic, Inc. d/b/a All County Technologies v. Kline Construction Co., Inc.**<br>**ATL-L-002070-19** | **Civil** | **Superior Court of NJ, Atlantic County**<br>**1201 Bacharach Blvd.**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Verizon New Jersey, Inc. v. Kline Construction Company, Inc.**<br>**GLO-L-000795-19** | **Civil** | **Superior Court of NJ, Gloucester County**<br>**70 Hunter St.**<br>**Woodbury, NJ 08096** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Kayla M. Gabadian and Paul Gabadian, per quod v. Timothy S. Piper, Kline Contruction Company, Inc., et al.**<br>**MRS-L-1290-19** | **Civil** | **Superior Court of NJ, Morris County**<br>**56 Washington St.**<br>**Morristown, NJ 07960** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **FCA Brothers Construction & Landscaping, LLC v. Kline Construction Co., Inc.**<br>**ATL-L-1400-19** | **Civil** | **Superior Court of NJ, Atlantic County**<br>**1201 Bacharach Blvd.**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **K Moorea Co., LLC d/b/a Traffic Plan v. Kline Construction Co., Inc.**<br>**MON-L-001840-19** | **Civil** | **Superior Court of NJ, Monmouth County**<br>**71 Monument St.**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Verizon New Jersey, Inc. v. Kline Construction Co., Inc. and Atlantic Infratrac, LLC**<br>**ATL-L-001198-19** | **Civil** | **Superior Court of NJ, Atlantic County**<br>**1201 Bacharach Blvd.**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Gloria G. Meehan and John Meehan v. Douglas Carter, et al.**<br>**CPM-L-000169-18** | **Civil** | **Superior Court of NJ, Cape May County**<br>**9 N. Main St.**<br>**Cape May Court House, NJ 08210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Kline Construction Co., Inc.**                                                                  Case number *(if known)*   **19-25757-JNP**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. | **Norris Sales Co., Inc. v. Kline Construction Co., Inc.**<br>**2019-18318** | **Civil** | **Court of Common Pleas, Montgomery County**<br>**2 E. Airy St.**<br>**Norristown, PA 19401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Kline Construction Co., Inc. v. Commissioner of Internal Revenue**<br>**18732-18 L** | **Debtor filed a petition regarding the penalties associated with Form 941 penalties for the 1st - 3rd quarters of 2016** | **United States Tax Court**<br>**U.S. Customs House**<br>**200 Chestnut Street**<br>**Philadelphia, PA 19196** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Renato Asuncion v. Arthur R. Henry, Inc., et al.**<br>**ATL-L-00385-19** | **Personal Injury** | **Superior Court of NJ, Atlantic County**<br>**1201 Bacharach Blvd.**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Stolen Tools** | **$38,000.00 (original value less than $50,000.00)** | | **Unknown** |

**Part 6:**   **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Kline Construction Co., Inc.**                    Case number *(if known)* **19-25757-JNP**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Rothschild LLP**<br>**1301 Atlantic Avenue, Suite 400**<br>**Midtown Bldg.**<br>**Atlantic City, NJ 08401-7212** | | **7/25/19** | **$12,500.00** |
| | Email or website address<br>**www.foxrothschild.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Fox Rothschild LLP**<br>**1301 Atlantic Avenue, Suite 400**<br>**Midtown Bldg.**<br>**Atlantic City, NJ 08401-7212** | | **8/7/19** | **$12,500.00** |
| | Email or website address<br>**www.foxrothschild.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Fox Rothschild LLP**<br>**1301 Atlantic Avenue, Suite 400**<br>**Midtown Bldg.**<br>**Atlantic City, NJ 08401-7212** | | **8/8/19** | **$50,000.00** |
| | Email or website address<br>**www.foxrothschild.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Fox Rothschild LLP**<br>**1301 Atlantic Avenue, Suite 400**<br>**Midtown Bldg.**<br>**Atlantic City, NJ 08401-7212** | | **8/12/19** | **$25,000.00** |
| | Email or website address<br>**www.foxrothschild.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Debtor | **Kline Construction Co., Inc.** | | Case number *(if known)* | **19-25757-JNP** |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | **Previous Locations** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Kline Construction Co., Inc. | Case number *(if known)* 19-25757-JNP |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 7 |
|---|---|---|

| Debtor | Kline Construction Co., Inc. | Case number (if known) | 19-25757-JNP |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **McCarthy & Company, PC**<br>**417 Atlantic City Blvd.**<br>**POB 275**<br>**Beachwood, NJ 08722** | **2/19 - 8/19** |
| 26a.2. | **Holman Frenia Allison, P.C.**<br>**680 Hooper Ave.**<br>**Bldg. B, Ste. 201**<br>**Toms River, NJ 08753** | **2/17 - 2/19** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Debtor**<br>**240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Debtor | Kline Construction Co., Inc. | | Case number *(if known)* | **19-25757-JNP** |

| Name and address | |
|---|---|
| 26d.1. | **Magyar Bank**<br>**400 Somerset Street**<br>**New Brunswick, NJ 08901** |
| 26d.2. | **Selective Insurance Co of America**<br>**POB 371468**<br>**Pittsburgh, PA 15250-7468** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **J. Edward Kline** | **240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | **Shareholder-Class A Voting** | **0.499000%** |
| **J. Edward Kline Trust for K. Penate** | **240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | **Shareholder - Class B Non-Voting** | **23.253000%** |
| **J. Edward Kline Trust for Wm. M. Kline** | **240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | **Shareholder - Class B Non-Voting** | **23.253000%** |
| **Katherine M. Penate** | **700 Chelsea Road**<br>**Absecon, NJ 08201-1621** | **Shareholder - Class B Non-Voting; Secretary and Treasurer** | **2.995000%** |
| **William H. Kline Jr.** | **2550 Harbour Cove Road**<br>**Hutchinson, FL 34949** | **Class A Voting** | **0.499000%** |
| **William Kline Trust for K. Penate** | **453 Seashore Road**<br>**Brigantine, NJ 08203** | **Class B Non-Voting** | **23.253000%** |
| **William Kline Trust for Wm. M. Kline** | **453 Seashore Road**<br>**1201 New Road, Suite 204**<br>**Brigantine, NJ 08203** | **Class B Non-Voting** | **23.23000%** |
| **William M. Kline** | **449 Sea Horse Road**<br>**Brigantine, NJ 08203** | **Shareholder - Class B Non-Voting** | **2.995000%** |

Debtor   **Kline Construction Co., Inc.**                                    Case number *(if known)*  **19-25757-JNP**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **J. Edward Kline** | **240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | **Director, Chairman of the Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William H. Kline Jr.** | **2550 Harbour Cove Road**<br>**Hutchinson, FL 34949** | **Director, Vice Chairman of the Board** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Samarro** | **240 E. Waveland Ave.**<br>**Absecon, NJ 08205** | **Chief Restructuring Officer** | **-0-** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **To be provided** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

Debtor   **Kline Construction Co., Inc.**                                    Case number *(if known)*   **19-25757-JNP**

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  6, 2020**

_____          **Ronald Samarro**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy