UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Kline Construction Co., Inc.,  
  Debtor.

Case No.: 19-25757  
Chapter: 7  
Judge: JNP

## NOTICE OF PROPOSED PUBLIC SALE

__Douglas S. Stanger__, __Trustee__, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __February 25, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__, __Mitchell H. Cohen U.S. Courthouse, 400 Cooper St., Camden, NJ__. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | The auctions are expected to take place on more than one date beginning on or about February 27, 2020. The auction will be conducted via internet sale and/or on site sales. Additional information will be available from the Trustee listed below. |
|---|---|
| Description of property to be sold:<br>*(This list is not meant to be a complete list)* | Approx. 380 pieces of construction equip, vehicles and also office/shop contents, including but not limited to, Vans, SUVs, Trucks, Rollbacks, Flatbeds, Diggers, Back Hoes, Attenuators, Trailers, Drills, Dozers, Forklifts and Compressors |
| Terms of sale: | The sales will be pursuant to an auction, free and clear of all liens, with liens to attach to the proceeds. The terms of the auctioneer's agreement will be pursuant to an Order appointing the auctioneer. |

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Trustee, Estate of Kline Construction Co., Inc.  
Address: 646 Ocean Heights Avenue, Suite 103, Linwood, New Jersey 08221  
Telephone No.: (609) 645-1881

*rev.8/1/15*