UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kline Construction Co., Inc.,
                Debtor.

Case No.: 19-25757

Judge: Jerrold N. Poslusny Jr.

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF Comly Auctioneers & Appraisers

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 11, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Kline Construction Co., Inc.

Case No.: 19-25757-JNP

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Comly Auctioneers & Appraisers

Address of Professional: 1825 E. Boston Street

Philadelphia, Pennsylvania 19125-1296

☐ Attorney for (check all that apply):
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☒ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*