UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-l(b)

FOX ROTHSCHILD LLP
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr., Esq.
Martha B. Chovanes, Esq.
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
(609) 348-4515/fax (609) 348-6834
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
Counsel to the Debtor and Debtor in Possession

In Re:
Kline Construction Co., Inc.,
                    Debtor.

**Order Filed on February 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-25757

Chapter: Jerold N. Poslusny, Jr.

Judge: 7

# ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page is ORDERED.

**DATED: February 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:     Kline Construction Co., Inc.
Case No:   19-25757 (JNP)
TITLE:     Order Granting Allowances

The Court having found the person(s) named below filed a final application for allowances [D.I. 297]; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that compensation and expenses are allowed and approved on a final basis

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Gavin/Solmonese, LLC<br>Financial Advisor to Chapter 11 Debtor | $69,225.00 | $445.05 |