| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Michael J. Viscount, Jr., Esquire<br>Martha B. Chovanes, Esquire<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401<br>(609) 348-4515/fax (609) 348-6834<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br><br>*Counsel to the Debtor and*<br>*Debtor in Possession* | **Order Filed on March 5, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>KLINE CONSTRUCTION CO., INC. [1] ,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 19-25757<br><br>Judge: Honorable Jerrold N. Poslusny, Jr. |

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page numbered 2 is hereby **ordered**.

**DATED: March 5, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

[1] The last four digits of Debtor's federal tax identification numbers is 3037.

Active\106846016.v1-1/15/20

Page 2 of 2
In re:        Kline Construction Co., Inc.
Case No:   19-25757 (JNP)
TITLE:      ORDER GRANTING ALLOWANCES

The Court having found the person(s) named below filed a final application for allowances [D.I. 576]; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that compensation and expenses are allowed and approved on a final basis as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Fox Rothschild LLP<br>Counsel to Chapter 11 Debtor | $501,969.50 | $5,049.42 |