UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William J. Burnett, Esquire (WB4536)
Douglas S. Stanger, Esquire (DS5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue
Linwood, NJ 08221
Phone: 609-645-1881
Counsel for the Chapter 7 Trustee

Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KLINE CONSTRUCTION CO., INC.,

Debtor.

CAMDEN VICINAGE

Chapter 7

Case No. 19-25757

Judge: Hon. Jerrold N. Poslusny, Jr.

**ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND EXPENSES FOR GAVIN/SOLMONESE, ACCOUNTANTS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 17, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

7912464 v1

(Page 2)
**Debtors**: Kline Construction Co., Inc.
**Case No**: 19-25757-JNP
**Caption of Order:** <u>Order Authorizing Interim Compensation of Gavin Solmonese, LLC., Attorneys for the Trustee</u>

**THIS MATTER** having been brought before the court by Douglas S. Stanger, Esq., counsel for the Trustee of the Estate of Kline Construction Co., Inc. by way of an Application for Interim Compensation and Reimbursement of Expenses for Gavin/Solmonese, LLC, Accountants for the Trustee pursuant to 11 U.S.C., Section 330;

**IT IS ORDERED** that the Accountants for the Trustee are hereby granted interim compensation in the amount of $36,635.00 and expenses in the amount of $579.34 which are allowed to be paid out of the funds in the bankruptcy estate.

7912464 v1