William J. Burnett, Esquire (WB4536)
Douglas S. Stanger, Esquire (DS5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue
Linwood, NJ 08221
Phone: 609-645-1881
Counsel for the Chapter 7 Trustee

Order Filed on December 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>KLINE CONSTRUCTION CO., INC.,<br><br>                                        Debtor. | CAMDEN VICINAGE<br>Chapter 11<br><br>Case No.  19-25757<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |
|---|---|

### CONSENT ORDER AMENDING FINAL REPORT

The relief set forth on the following page two (2) of two is hereby ORDERED.

**DATED: December 6, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

10255671 v1

Kline Construction Co. Inc.
Case No. 19-25757-JNP
Page Two
Consent Order Amending Ch. 7 Trustee's Final Report

======================================================================

THIS MATTER having been presented to the Court for approval of Trustee's Final Report, and it appearing that one additional Chapter 11 administrative claim should be paid and; Douglas S. Stanger (the "Trustee"), Chapter 7 Trustee for the Estate of Kline Construction Co., Inc. (the "Estate"), by and through his counsel Flaster/Greenberg, P.C. and International Union of Operating Engineers Local 825 Benefit Funds ("Local 825"), by and through its counsel, Vipin P. Varghese, Esq. of the law firm of Decotiis, Fitzpatrick, Cole & Giblin, LLP, whereas Local 825 agreed to provide for the administrative claim by the entry of this Consent Order and:

NOW, THEREFORE, THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:

The Final Report shall hereby be amended to include the administrative portion of Amended Claim #81-1 in the amount of $15,426.38 as a Chapter 11 administrative claim to share pro rata with other Chapter 11 administrative creditors.

The undersigned parties consent to the form and entry of this Order.

| | |
|---|---|
| **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**<br>*Attorneys for International Union of Operating Engineers Local 825 Benefit Funds* | **FLASTER/GREENBERG P.C.**<br>*Attorneys for the Chapter 7 Trustee for the Estate of Kline Construction Co., Inc.* |
| By: _____<br>    Vipin P. Varghese, Esq, Esquire | By: */s/Douglas S. Stanger*_____<br>    Douglas S. Stanger, Esquire |
| Date: November 30, 2022 | Date: November 30, 2022 |